JENNIFER CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov

FILED
JUL 28 2021
Clerk, U.S Courts
District Of Montana
Missoula Division

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BLAKE DEFRANCE,<br><br>Defendant. | CR 21- 29 -M- DLC<br><br>INDICTMENT<br><br>PROHIBITED PERSON IN POSSESSION OF FIREARMS AND AMMUNITION<br>Title 18 U.S.C. § 922(g)(9)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release)<br><br>CRIMINAL FORFEITURE<br>Title 18 U.S.C. § 924(d) |
|---|---|

THE GRAND JURY CHARGES:

That on or about June 27, 2018, and October 2, 2018, at Missoula, in Missoula County, in the State and District of Montana, the defendant, MICHAEL BLAKE DEFRANCE, knowing he had been convicted on or about May 6, 2013, of

1

a misdemeanor crime of violence under the laws of the State of Montana, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(9).

## FORFEITURE ALLEGATION

Upon conviction of the offense listed in this indictment, the defendant, MICHAEL BLAKE DEFRANCE, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition involved and used in any knowing violation of said offense.

A TRUE BILL.   Foreperson signature redacted. Original document filed under seal.

_Timothy M. Kruit For_
LEIF M. JOHNSON
Acting United States Attorney

Summons: ―――――
Warrant: ___✓___

(For) JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney