RECEIVED
2021 JUL 29 PM 3:28
US MARSHALS SERVICE
MISSOULA, MT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 21-29-M-DLC |
| vs. | |
| MICHAEL BLAKE DEFRANCE, | **WARRANT FOR ARREST** |
| Defendant. | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest MICHAEL BLAKE DEFRANCE and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Prohibited Person in Possession of Firearms and Ammunition in violation of Title 18 United States Code, Section 922(g)(9) and Criminal Forfeiture in violation of Title 18 United States Code, Section 924(d).

Assigned to: AUSA Jennifer Clark

*Nicole Stephens*

Nicole Stephens, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE KATHLEEN L. DESOTO
Missoula, Montana

Date of Issue: 28th day of July, 2021

| *R E T U R N* | | |
|---|---|---|
| DATE RECEIVED: 07/29/2021 LOCATION: | | |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | | |
| DATE OF ARREST: 07/30/2021 | | *Timothy Hornung (A)* |
| LOCATION: Missoula, MT | | **UNITED STATES MARSHAL** |
| BY: _Levi Kroschel_ Deputy U.S. Marshal | | |

Levi Kroschel / Special Agent