**Montana Code Annotated 2019**

TITLE 40. FAMILY LAW
CHAPTER 1. MARRIAGE
Part 2. License Provisions

**License Issuance**

**40-1-202.   License issuance.** Except as provided in **40-1-301**, when a marriage application has been completed and signed by both parties to a prospective marriage and at least one party has appeared before the clerk of the district court and paid the marriage license fee of $53, the clerk of the district court shall issue a license to marry and a marriage certificate form upon being furnished:

(1)   satisfactory proof that each party to the marriage will have attained 18 years of age at the time the marriage license is effective or will have attained 16 years of age and has obtained judicial approval as provided in **40-1-213**; and

(2)   satisfactory proof that the marriage is not prohibited.