**Montana Code Annotated 2019**

TITLE 40. FAMILY LAW
CHAPTER 1. MARRIAGE
Part 2. License Provisions

**Judicial Approval**

**40-1-213.   Judicial approval.** (1) The district court may order the clerk of the district court to issue a marriage license and a marriage certificate form to a party 16 or 17 years of age who has no parent capable of consenting to the party's marriage or has the consent of both parents or of the parent having the actual care, parenting authority, and control to the party's marriage, if capable of giving consent, or of the party's guardian. The court must require both parties to participate in a period of marriage counseling involving at least two separate counseling sessions not less than 10 days apart with a designated counselor as a condition of the order for issuance of a marriage license and a marriage certificate form under this section.

(2)   A marriage license and a marriage certificate form may be issued under this section only if the court finds that the underaged party is capable of assuming the responsibilities of marriage and the marriage will serve the party's best interests. Pregnancy alone does not establish that the best interests of the party will be served.

(3)   The district court shall authorize performance of a marriage by proxy upon the showing required by the provisions on solemnization.