IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–29–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL BLAKE DEFRANCE, | |
| Defendant. | |

Before the Court is Defendant Michael Blake DeFrance's Unopposed

Motion to File Additional Pretrial Motions.  (Doc. 62.)  The Motion requests that

the Court enter an order permitting Mr. DeFrance to file additional pretrial motions

addressing various issues by December 20, 2021.  (*Id.* at 3–7.)  The United States

does not oppose the Motion.  (*Id.* at 7.)

Accordingly, IT IS ORDERED that the Motion (Doc. 62) is GRANTED.

Mr. DeFrance may file any pretrial motions on or before December 20, 2021.  Any

response or reply briefs shall be filed in the time specified in Paragraph 7 of the

Court's Scheduling Order (Doc. 18).

IT IS FURTHER ORDERED that Mr. DeFrance shall file a response to this

Order indicating whether he intends to renew his motions to dismiss the

Superseding Indictment (Docs. 14, 16, 43) on or before November 29, 2021.

1

IT IS FURTHER ORDERED that all time from September 15, 2021 to the disposition of the currently pending and anticipated pretrial motions is hereby excluded from any Speedy Trial Act calculations in the above-captioned matter pursuant to 18 U.S.C. § 3161(h)(1)(D).  (*See* Doc. 42.)

DATED this 22nd day of November, 2021.

Dana L. Christensen, District Judge
United States District Court