MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
Email: michael_donahoe@fd.org
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BLAKE DeFRANCE,<br><br>Defendant. | CR 21-29-M-DLC<br><br><br>DEFENDANT DeFRANCE'S<br>RESPONSE TO COURT ORDER<br>(ECF No. 64) |

## **INTRODUCTION**

On November 22, 2021, the Court filed an order (ECF No. 64) directing Mr. DeFrance to file a response indicating whether he intends to renew his motions to dismiss the Superseding Indictment (ECF Nos. 14, 16 and 43). This is Mr. DeFrance's response to this Court's order.

///

1

## **RESPONSE**

The defense respectfully moves to renew his pretrial motions as set forth in ECF Nos. 14, 16 and 43 together with all supporting briefs (ECF Nos. 15, 17, 31, 32, 44 and 53) so that the Court will consider these motions applicable to the Second Superseding Indictment as set forth in ECF No. 55.

## **CONCLUSION**

WHEREFORE, this concludes Mr. DeFrance's response to this Court's order (ECF No. 64).

RESPECTFULLY SUBMITTED this 24th day of November, 2021.

/s/ Michael Donahoe
MICHAEL DONAHOE
Deputy Federal Defender
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on November 24, 2021, a copy of the foregoing document was served on the following persons by the following means:

__1__      CM-ECF

__2__      Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. JENNIFER S. CLARK
   Assistant United States Attorney
   United States Attorney's Office
   105 E. Pine, 2nd Floor
   P.O. Box 8329
   Missoula, MT  59807
       Counsel for the United States of America

2. MICHAEL BLAKE DeFRANCE
   Defendant

                        /s/ Michael Donahoe
                        FEDERAL DEFENDERS OF MONTANA