JoAnn Jett Corson
Registered Diplomate Reporter
Certified Realtime Reporter
P. O. Box 8006
Missoula, Montana 59807-8006
406/829-7123 office
joann_corson@mtd.uscourts.gov

United States Court Reporter

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

```
UNITED STATES OF AMERICA,       )
                    Plaintiff,) No. CR 21-29-M-DLC
     vs.                        )
                                ) TRANSCRIPT OF ARRAIGNMENT
MICHAEL BLAKE DEFRANCE,         ) ON SUPERSEDING INDICTMENT
                    Defendant.)
_____)
```

**BEFORE THE HONORABLE KATHLEEN L. DeSOTO
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE
FOR THE DISTRICT OF MONTANA**

Russell Smith United States Courthouse
201 East Broadway
Missoula, Montana 59802
Tuesday, September 21, 2021
1:43 to 1:46 p.m.

Proceedings recorded by digital audio recording
Transcript produced by computer-assisted transcription

```
 1                        APPEARANCES

 2   For the Plaintiff:          MS. KARLA E. PAINTER
                                 Assistant U.S. Attorney
 3                               P.O. Box 8329
                                 Missoula, Montana 59807
 4
     For the Defendant:          MR. JOHN RHODES
 5                               Attorney at Law
                                 Federal Defenders of Montana
 6                               125 Bank Street, Suite 710
                                 Missoula, Montana 59802
 7

 8                         CONTENTS
```

```
 9   Proceedings ........................................    3

10   Transcriber's Certificate ..........................    7
```

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | (Open court.) |
| 3 | (Defendant present.) |
| 4 | THE COURT: Next up is *United States of America v.* |
| 5 | *Michael Blake Defrance*. It's CR 21-29-M-DLC. |
| 6 | All right. Mr. Defrance, I previously appointed |
| 7 | Mr. Donahoe to represent you and he continues in that |
| 8 | representation, but for today's purposes Mr. Rhodes is going |
| 9 | to stand in his stead. Is that all right with you? |
| 10 | THE DEFENDANT: Yes. |
| 11 | THE COURT: Okay. Mr. Defrance, do you have a copy |
| 12 | of the superseding indictment? |
| 13 | THE DEFENDANT: Yes. |
| 14 | THE COURT: So the grand jury has returned a |
| 15 | superseding indictment finding probable cause to charge you |
| 16 | with being a prohibited person in possession of firearms and |
| 17 | ammunition. That's in violation of Title 18, United States |
| 18 | Code, Section 922(g)(9). The maximum penalty for that count |
| 19 | is up to ten years' imprisonment, a $250,000 fine, and three |
| 20 | years of supervised release. There's also a $100 special |
| 21 | assessment that would be due and owing at the time of |
| 22 | sentencing should you either plead guilty or be found guilty |
| 23 | after a trial. |
| 24 | There's also a criminal forfeiture allegation, and |
| 25 | that's pursuant to Title 18, United States Code, |

1  Section 924(d), and forfeiture is simply the mechanism that
2  allows the government to seize and requires you to forfeit any
3  ownership interest that you may have in property that's
4  related to the criminal conduct alleged, so in this case it
5  would be any guns and ammunition alleged to be the subject of
6  the charge of the indictment.
7            You have the right to remain silent.  Anything you
8  say can and will be used against you in these proceedings, but
9  you don't have to say anything at all.  Of course, the
10 conversations that you have with your attorney, whether it's
11 Mr. Rhodes here today or Mr. Donahoe going forward, will
12 remain private and confidential due to the attorney/client
13 privilege, so you should feel comfortable in speaking with
14 them about matters relating to your case.  You have a right to
15 have your counsel present at any questioning by law
16 enforcement, if there's a lineup in your case, and any and all
17 court proceedings.
18           Do you understand these rights?
19           THE DEFENDANT:  Yes.
20           THE COURT:  All right.  Do you have any physical
21 health issues or mental health issues that would impair your
22 ability to understand what we're doing here today?
23           THE DEFENDANT:  No.
24           THE COURT:  Mr. Rhodes, have you had the opportunity
25 to review the superseding indictment with Mr. Defrance?

```
1          MR. RHODES:  Yes, Your Honor.
2          THE COURT:  And does he wish it to be read?
3          MR. RHODES:  No, Your Honor.  He waives the reading.
4          THE COURT:  Okay.
5          Mr. Defrance, do you understand the nature of the
6  charge against you contained in this superseding indictment?
7          THE DEFENDANT:  Yes.
8          THE COURT:  And do you understand the maximum
9  penalties that could be imposed upon you should you either
10 plead guilty to the charge in this superseding indictment or
11 be found guilty after a trial?
12         THE DEFENDANT:  Yes.
13         THE COURT:  And, Mr. Rhodes, how does your client
14 wish to plead?
15         MR. RHODES:  He pleads not guilty to the criminal
16 charge and denies the forfeiture allegation.
17         THE COURT:  All right.
18         I don't believe that there is a new preliminary
19 pretrial date because I think there's already been one, and I
20 don't have any information that would lead me to believe the
21 trial is being changed.
22         Ms. Painter, do you know if there's --
23         MS. PAINTER:  There's currently no trial set,
24 Your Honor.
25         THE COURT:  Oh.
```

1        MS. PAINTER:  We're waiting for the Court to
 2   reestablish a trial date.
 3        THE COURT:  Oh, okay.  All right.  So there's no
 4   additional hearing date set in this case.
 5        Let me give you the Brady order:
 6        Under Criminal Rule 5(f), the government is ordered
 7   to comply with its disclosure obligations under *Brady v.*
 8   *Maryland* and related cases.  The failure to do so may result
 9   in sanctions.  And we will put a written text order in the
10   docket.
11        Mr. Defrance, I'm going to release you on all the
12   same conditions that you were previously released to.  It's my
13   understanding that you're doing well on supervision, so I
14   commend you for that.
15        Anything further, Mr. Rhodes?
16        MR. RHODES:  No, Your Honor.  Thank you.
17        THE COURT:  Ms. Painter, anything further from the
18   government?
19        MS. PAINTER:  No, Your Honor.  Thank you.
20        THE COURT:  All right.  We'll be in recess.
21      (Proceedings were concluded at 1:46 p.m.)
22
23
24
25

```
1                    TRANSCRIBER'S CERTIFICATE
2              I, JoAnn Jett Corson, certify that the foregoing
3    transcript is an accurate transcription, to the best of my
4    ability, from the digital audio recording of the proceedings
5    given at the time and place hereinbefore mentioned; and that a
6    certified copy of this transcript will be filed electronically
7    with the Court.
8              I further certify that I am not attorney for, nor
9    employed by, nor related to any of the parties or attorneys to
10   this action, nor financially interested in this action.
11             IN WITNESS WHEREOF, I have set my hand at Missoula,
12   Montana this 15th day of December, 2021.
13
14                                  /s/ JoAnn Jett Corson
                                    _____
15                                  JoAnn Jett Corson
                                    United States Court Reporter
16
17
18
19
20
21
22
23
24
25
```