# TIMELINE OF ECF FILING EVENTS

| DATE | FILER | ECF # | DOCUMENT |
|---|---|---|---|
| 7/28/21 | Jennifer Clark | 2 | Redacted Indictment |
| 8/2/21 | DLC | 5 | Arrest Warrant Returned Executed |
| 8/13/21 | Michael Donahoe | 14 | Opposed Motion to Dismiss Indictment |
| 8/13/21 | Michael Donahoe | 15 | Brief in Support of Opposed Motion to Dismiss Indictment |
| 8/13/21 | Michael Donahoe | 16 | Motion to Dismiss Indictment Because Montana PFMA is Indivisible and an Unconstitutional Version |
| 8/13/21 | Michael Donahoe | 17 | Brief in Support of Motion to Dismiss Indictment Because Montana PFMA is Indivisible and an Unconstitutional Version |
| 8/26/21 | Jennifer Clark | 21 | Redacted First Superseding Indictment |
| 8/27/21 | Jennifer Clark | 25 | CORRECTED Govt's Response to Motion to Dismiss for Lack of Specify and Failure to State an Offense |
| 9/1/21 | Michael Donahoe | 27 | Notice of Public Authority Defense, Estoppel Defense, and Innocent Intent Defense |
| 9/1/21 | Michael Donahoe | 28 | UNDER SEAL ATF 4473 Forms |
| 9/1/21 | Jennifer Clark | 29 | Govt's Response to Motion to Dismiss Indictment Because Montana PFMA in Indivisible and Unconstitutional Version |
| 9/3/21 | Michael Donahoe | 31 | Reply to Opposed Motion to Dismiss Indictment |
| 9/3/21 | Michael Donahoe | 32 | Reply to Motion to Dismiss Indictment Because Montana PFMA is Indivisible and an Unconstitutional Version |
| 9/3/21 | DLC | 33 | Summons for First Superseding Indictment Returned Executed |
| 9/3/21 | Jennifer Clark | 34 | Govt's Motion in *Limine* for Pretrial Determination of Admissibility of Certain Evidence |
| 9/3/21 | Jennifer Clark | 35 | Govt's Motion in *Limine* for Pretrial Determination of Admissibility of Certain Evidence |
| 9/3/21 | Jennifer Clark | 36 | Govt's Motion in *Limine* to Preclude Defenses of Public Authority, Entrapment by Estoppel, and Innocent Intent |
| 9/3/21 | Jennifer Clark | 37 | Govt's Brief in Support to Motion in *Limine* to Preclude Defenses of Public Authority, Entrapment by Estoppel, and Innocent Intent |
| 9/7/21 | Michael Donahoe | 38 | Notice of Supplemental Authority |
| 9/15/21 | Michael Donahoe | 40 | Unopposed Motion to Continue Trial and All Attendant Deadlines |
| 9/15/21 | Michael Donahoe | 41 | Brief in Support of Unopposed Motion to Continue Trial and All Attendant Deadlines |

| Date | Filer | ECF | Description |
|---|---|---|---|
| 9/15/21 | DLC | 42 | Order Granting Motion to Continue Trial and All Attendant Deadlines |
| **9/16/21** | ---------------------- | ------- | **Jennifer Clark received NICS Examiner Documents** |
| 9/17/21 | Michael Donahoe | 43 | Third Opposed Motion to Dismiss First Superseding Indictment |
| 9/17/21 | Michael Donahoe | 44 | Brief in Support of Third Opposed Motion to Dismiss First Superseding Indictment |
| 9/17/21 | Michael Donahoe | 45 | COMBINED Response to Govt's Motions in *Limine* |
| 9/17/21 | Michael Donahoe | 46 | Response Under Rule 12.3 |
| 10/1/21 | Jennifer Clark | 50 | Govt's Response to Third Motion to Dismiss First Superseding Indictment |
| 10/5/21 | DLC | 51 | Summons on FIRST Superseding Indictment Returned Executed. |
| 10/8/21 | Michael Donahoe | 53 | AMENDED Reply to Third Motion to Dismiss Superseding Indictment |
| 10/21/21 | Jennifer Clark | 55 | Second Superseding Indictment |
| 10/21/21 | DLC | 57 | Summons to Appear on Second Superseding Indictment |
| **11/19/21** | ---------------------- | ------- | **Jennifer Clark provided NICS Examiner Documents to Michael Donahoe** |
| 11/19/21 | Michael Donahoe | 62 | Unopposed Motion to File Additional Pretrial Motions and Request for Due Date of 122021 |
| 11/19/21 | Michael Donahoe | 63 | SEALED Email Chain and Attachments to ECF 62 |
| 11/22/21 | DLC | 64 | Order GRANTING Motion to File Additional Pretrial Motions and Request for Response on Renewing Pretrial Motions |
| 11/24/21 | Michael Donahoe | 65 | Response to Court Order |
| 12/2021 | Michael Donahoe | 69 | Motion to Dismiss Second Superseding Indictment |
| 12/2021 | Michael Donahoe | 70 | Brief in Support of Motion to Dismiss Second Superseding Indictment |
| 12/29/21 | DLC | 71 | Order Denying All Motions to Dismiss |
| 1/3/22 | Jennifer Clark | 72 | Govt's Response to Motion to Dismiss Second Superseding Indictment |
| 1/__/22 | Michael Donahoe | 73 | Reply to Motion to Dismiss Second Superseding Indictment |

EXHIBIT A - Page 2