- ***United States v. Samuel Allen Naldrett*, CR 20-42-M-DLC**.

  Montana Justice Court tells defendant he could have gun.  Defense argues that Justice of the Peace was a federal agent for §922 purposes and therefore entrapment by estoppel/affirmative misleading defense is available.  Case dismissed on government's motion.  (ECF No. 34).

- ***United States v. Shawn Kenneth Kolb*, CR 20-51-M-DLC.**

  Defendant wins 9MM in a raffle.  Answers "No" not felon on 4473 Form.  Turns out defendant's rights restored in South Dakota.  Government persuaded to dismiss.  Case dismissed on government's motion.  (ECF No. 13).

- ***United States v. Christopher Anthony Willis*, CR 20-26-M-DLC.**

  Defendant charged with lying on 4473 Form regarding order of protection.  State Court record ambiguous on whether order had been vacated.  Case dismissed on government's motion.  (ECF No. 17).

- ***United States v. Alan John Joscum*, CR 20-30-M-DLC.**

  Defendant had successfully pawned and redeemed a .22 firearm on several occasions.  Only the last attempt to redeem was denied during the 4473 process.  Defendant subpoenaed pawn shop witnesses.  Case dismissed on government's motion.  (ECF No. 44) just before trial.

EXHIBIT C - Page 1