MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
Email: michael_donahoe@fd.org
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 21-29-M-DLC |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT DeFRANCE'S UNOPPOSED MOTION TO WITHDRAW REQUEST TO FILE OVERSIZED REPLY BRIEF** |
| MICHAEL BLAKE DeFRANCE, | |
| Defendant. | |

## MOTION

Defendant, Mr. DeFrance, through his undersigned counsel, requested permission to file an oversized reply brief containing 4,452 words, which was 1,202 more words than the 3,250 allowed by L.R. 7.1(d)(2)(B). Meanwhile, Mr. DeFrance reduced the brief to fit within the word count therefore permission to file an

1

oversized brief is moot inasmuch as Mr. DeFrance has filed a reply brief within the word count. *See* ECF No. 74.

## CONTACT WITH OPPOSING COUNSEL

Assistant United States Attorney Jennifer S. Clark has been contacted regarding this motion and she does not object.

## CONCLUSION

WHEREFORE, we pray the Court will allow Mr. DeFrance to withdraw his motion to file an oversized reply brief.

RESPECTFULLY SUBMITTED this 10th day of January, 2022.

/s/ Michael Donahoe
MICHAEL DONAHOE
Deputy Federal Defender
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on January 10, 2022, a copy of the foregoing document was served on the following persons by the following means:

  1    CM-ECF

  2    Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. JENNIFER S. CLARK
   Assistant United States Attorney
   United States Attorney's Office
   105 E. Pine, 2nd Floor
   P.O. Box 8329
   Missoula, MT  59807
       Counsel for the United States of America

2. MICHAEL BLAKE DeFRANCE
       Defendant

/s/ Michael Donahoe
FEDERAL DEFENDERS OF MONTANA