MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
Email:  michael_donahoe@fd.org
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BLAKE DeFRANCE,<br><br>Defendant. | CR 21-29-M-DLC<br><br>DEFENDANT DeFRANCE'S NOTICE OF SUPPLEMENTAL AUTHORITY L.R. CR 47.4 |

## NOTICE

COMES NOW, Mr. DeFrance, by and through the undersigned counsel, and cites to the Court the decision styled as *United States v. LaDeau*, 734 F.3d 561 (6th Cir. 2013) (attached hereto). In preparing for tomorrow's hearing the undersigned came across the *LeDeau* decision which involves one of the questions presented in this case which is whether a pretrial matter can furnish the requisite contextual stake

1

for the prosecution to act vindictively. *LeDeau* clearly says that although more rare there is no categorical ban on a pretrial matter serving as the context for a successful prosecutorial vindictiveness claim. This supplemental authority relates to Mr. DeFrance's reply argument set forth at ECF No.74, pp. 13-15.

## CONCLUSION

WHEREFORE, Mr. DeFrance concludes his notice of supplemental authority pursuant to L.R. CR 47.4.

RESPECTFULLY SUBMITTED this 22nd day of February, 2022.

/s/ Michael Donahoe
MICHAEL DONAHOE
Assistant Federal Defender
Counsel for Defendant

## CERTIFICATE OF SERVICE
### L.R. 5.2(b)

I hereby certify that on February 22, 2022, a copy of the foregoing document was served on the following persons by the following means:

  1    CM-ECF

  2    Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. JENNIFER S. CLARK
   Assistant United States Attorney
   United States Attorney's Office
   105 E. Pine, 2nd Floor
   P.O. Box 8329
   Missoula, MT  59807
         Counsel for the United States of America

2. MICHAEL BLAKE DeFRANCE
         Defendant

                              /s/ Michael Donahoe
                              FEDERAL DEFENDERS OF MONTANA