**WE ALERT THE COURT THAT THIS IS AN EMAIL CHAIN AND SHOULD BE READ FROM THE BOTTOM OF PAGE 3 UP TO PAGE 1.  ATTACHMENTS FOLLOW ON PAGE 5.**

| From: | Feuerstein, Stephen V. |
|---|---|
| To: | Clark, Jennifer (USAMT); Sprenger, Michael R. |
| Subject: | FW: Need help |
| Date: | Thursday, September 16, 2021 11:04:45 AM |
| Attachments: | 4473 Forms.pdf |
| | image001.jpg |
| | image003.jpg |
| | Missoula DV Warning letter.docx |
| | NICS Admonishment Letter.doc |
| | image002.jpg |
| Importance: | High |

Well, I was correct they have been purged and NICS did not complete their investigation properly, thus they allowed a prohibited person to have the firearms.  With no court of record to prove he was provided the admonishment this is not a good situation.  Sorry to be the bearer of bad news.   Below is the information from our NICS liaison which confirms all.  I have drafted two letters, admonishment and notification, feel free to utilize either, both, whatever is needed to provide to DEFRANCE's attorney.  The second letter actually has an acknowledgement form as the last page which has blank spots for the third party and DEFRANCE to fill in and acknowledge.

This is what we utilize for such occasions, actually use these when we get a NICS or learn of a prohibited person who has acquired firearms with there being an agent of the state providing based on no response from NICS.

Stephen (Steve) Feuerstein
Investigative Analyst (IA)
DFD NICS Coordinator
ATF Billings Field Office
2929 3rd Ave. North Ste. 528
Billings, MT.  59101
Ph.  406-657-9700
Fax.  406-657-9701

**From:** Pickles, Dana <Dana.Pickles@atf.gov>
**Sent:** Thursday, September 16, 2021 10:03 AM
**To:** Feuerstein, Stephen V. <Stephen.Feuerstein@atf.gov>
**Cc:** Kimes, Christine N. <Christine.Kimes@atf.gov>; Reeves, Carol A. <Carol.Reeves@atf.gov>
**Subject:** FW: Need help
**Importance:** High

Hi Stephen.

Christine is out of the office until Tuesday and is on a detail until 10/11.  I will try to assist you with your request.

You reference denied, proceeded and "no answer" transactions for this

GOVERNMENT
EXHIBIT
1

CARDELS  800.785.0099

subject.  The DENI branch only gets denied transactions from FBI NICS.  We do not get proceeds or delays (which I'm guessing are the ones you referred to as "no answer").  **Proceeds are purged by NICS the night they are proceeded and are gone forever by law.  If no decision is ever made on a delayed transaction they are purged by NICS after 88 days and are gone forever by law.**

Looking at the NTNs on the attached 4473's you submitted I found the following:

1. NTN 2TLN6WG – the 4473 was marked DELAYED (box 21c).  As I do not see this NTN in ANR that tells me it was not denied. It was either proceeded (and then purged off NICS system) or was left delayed (delays purge off NICS system after 88 days)

2. NTN 10015ZV34 – the 4473 was marked DELAYED (box 21c).  As I do not see this NTN in ANR that tells me it was not denied. It was either proceeded (and then purged off NICS system) or was left delayed (delays purge off NICS system after 88 days)

3. NTN 100JMSSST – the 4473 was marked DELAYED (box 19c) and then was updated to PROCEED (box 19d).  As the subject was proceeded the NTN purged by law off NICS system midnight the night of the proceed.

4. NTN 100JW6NZT– the 4473 was marked DELAYED (box 19c).  As I do not see this NTN in ANR that tells me it was not denied. It was either proceeded (and then purged off NICS system) or was left delayed (delays purge off NICS system after 88 days)

5. NTN 100PYP1ZR – the 4473 was marked DELAYED (box 19c) and then was updated to PROCEED (box 19d).  As the subject was proceeded the NTN purged by law off NICS system midnight the night of the proceed.

In summary, I do not see where the subject was every denied on any of the attached 4473's.  The subject was proceeded twice and left in a delayed status

on the other three transactions and I can only assume those NTNs were never resolved and thus purged by NICS after 88 days.  As the FFL is allowed to transfer the firearm(s) after 3 business days all the transfers were done legally.

I hope that helps.

**Dana Pickles**
**Program Analyst**
**Denial Enforcement & NICS Intelligence Branch**
**US Dept. Of Justice Bureau of ATF**
**304.616.4181**

ATF LGOG NEW 2

 Please consider the environment before printing this e-mail.

**From:** Reeves, Carol A. <Carol.Reeves@atf.gov>
**Sent:** Thursday, September 16, 2021 11:38 AM
**To:** Pickles, Dana <Dana.Pickles@atf.gov>
**Cc:** Feuerstein, Stephen V. <Stephen.Feuerstein@atf.gov>
**Subject:** FW: Need help
**Importance:** High

Dana,
Since you are acting for Christine, can you help Stephen?  I can't locate any of the ntn's listed on the forms in ANR as well.

*Thanks*

*Carol Ann Reeves*

*Sr. Specialist, Denial Enforcement and NICS Intelligence Branch*
*244 Needy Road*
*Martinsburg, WV 25401*
*(304) 616-4182*
*Toll Free Fax (866) 561-2048*
*email:Carol.Reeves@atf.gov*

**From:** Feuerstein, Stephen V. <Stephen.Feuerstein@atf.gov>
**Sent:** Thursday, September 16, 2021 11:33 AM
**To:** Kimes, Christine N. <Christine.Kimes@atf.gov>; Reeves, Carol A. <Carol.Reeves@atf.gov>
**Subject:** Need help

Christine and or Carol, we have a subject here in MT that has had multiple transactions, some

denied, some proceed and some no answer from NICS.  I tried to pull up the Brady reports in ANR and they must have been purged or not entered as there was a proceed or no action was ever entered.  The US Attorney has charged the subject and he is claiming that the government never told him he was prohibited by his DV conviction.  Unfortunately the court issuing the DV conviction was not a court of record at that time and we have no way of determining if the judge advised of the prohibition.  As such I am trying to obtain the Brady reports or any of the information that NICS input into their research on each NTN for each purchase.

Who do I need to contact to help with this?  Is this even a possibility?

I have attached each 4473 which contain the NTN #'s.

Thank you for your help.

Stephen (Steve) Feuerstein
Investigative Analyst (IA)
DFD NICS Coordinator
ATF Billings Field Office

2929 3rd Ave. North Ste. 528
Billings, MT.  59101
Ph.  406-657-9700
Fax.  406-657-9701

SUBJECT:            JOEL CHRISTENSEN, STORE MANAGER, CASH1PAWNS,
                    8720 ROLLERCOASTER RD., MISSOULA, MT  59808; (406)
                    728-2274
CASE:               MICHAEL DEFRANCE

Mr. Defrance purchased and redeemed the following firearms –

1) Purchased a Taurus Judge in February 2015,
2) Redeemed a Remington 770 in September 2016,
3) Redeemed a Stevens 200 in March 2018 (and appears to have sold back the Taurus Judge for the money to redeem the Stevens 200)
4) Purchased a Smith & Wesson Model 60 Ladysmith in March 2018,
5) Redeemed the Remington 770 for the second time in August 2018.

Joel provide the 4473 form for each transaction.

OMB No. 1140-0020

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record Part I -**
**Over-the-Counter**

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. **"PLEASE PRINT."**

Transferor's Transaction Serial Number *(If any)*
CPI000045
9cll

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| *McFrance* | *Michael* | *Blake* |

2. Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| *308 Pename* | *Dixon* | *Sanders* | *MT* | *59871* |

| 3. Place of Birth | 4. Height | 5. Weight (Lbs.) | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|
| U.S. City and State -OR- Foreign Country | Ft. *5* | *140* | ☑ Male | Month *07* | Day *11* | Year *1993* |
| *Salem oregon* | In. *11* | | ☐ Female | | | |

8. Social Security Number *(Optional, but will help prevent misidentification)*  *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*

9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)*

10.a. Ethnicity
☐ Hispanic or Latino
☑ Not Hispanic or Latino

10.b. Race *(Check one or more boxes.)*
☐ American Indian or Alaska Native
☐ Asian
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☑ White

11. Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Instructions for Question 11.a.)* Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☑ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☑ |
| d. | Are you a fugitive from justice? | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☑ |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien illegally in the United States? | ☐ | ☑ |
| l. | Are you an alien admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☑ |
| 12. | If you are an alien admitted to the United States under a nonimmigrant visa, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20c.) *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☐ | ☐ |

13. What is your State of residence if any)? *(See Instructions for Question 13.)*
*MT*

14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)*
☑ United States of America
☐ Other *(Specify)*

15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number?

Previous Editions Are Obsolete
1 of 6

Transferee (Buyer) Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised April 2012

**UNDER SEAL - Page 6**

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "Yes" to question 12.  I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law.  I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law (See Instructions for Question 16).

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *michael defrance* | 2-4-15 |

### Section B - Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred (check or mark all that apply): | 19. If sale at a gun show or other qualifying event. |
|---|---|
| [X] Handgun  [ ] Long Gun (rifle or shotgun)  [ ] Other Firearm (Frame, Receiver, etc. See Instructions for Question 18.) | Name of Event _____  City, State _____ |

| 20a. Identification (e.g., Virginia Driver's license (VA DL)) or other valid government-issued photo identification). (See Instructions for Question 20.a.)   Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) |
|---|---|---|
| MT  DL | 0704319934111 | Month 07  Day 11  Year 2019 |

| 20b. Alternate Documentation (If driver's license or other identification document does not show current residence address) (See Instructions for Question 20.b.) |
|---|

| 20c. Aliens Admitted to the United States Under a Nonimmigrant Visa Must Provide:  Type of documentation showing an exception to the nonimmigrant visa prohibition. (See Instructions for Question 20.c.) |
|---|

**Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s)** (See Instructions for Questions 21, 22 and 23.)

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: (Month/Day/Year) | 21b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month 02  Day 04  Year 2015 | 2TLNGWG |

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was "Delayed," the following response was received from NICS or the appropriate State agency: |
|---|---|
| [ ] Proceed  [X] Delayed  [ ] Denied  [ ] Cancelled  *The firearm(s) may be transferred on 2/10/15 (Missing Disposition Information date provided by NICS) if State law permits (optional)]* | [ ] Proceed ____ (date)  [ ] Denied ____ (date)  [ ] Cancelled ____ (date)  [X] No resolution was provided within 3 business days. |

| 21e. (Complete if applicable)  After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: ____ (date).   [ ] Proceed   [ ] Denied   [ ] Cancelled |
|---|

| 21f. The name and Brady identification number of the NICS examiner (Optional) |
|---|
| (name) _____    (number) _____ |

| 22. [ ]  No NICS check was required because the transfer involved only National Firearms Act firearm(s). (See Instructions for Question 22.) |
|---|

| 23. [ ]  No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS (See Instructions for Question 23.) |
|---|
| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |

### Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee (buyer) signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instructions for Question 24 and 25.)
I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| *michael defrance* | 2-10-15 |

Transferor (Seller) Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

Page 2 of 6

ATF Form 4473 (5300.9) Part I
Revised April 2012

UNDER SEAL - Page 7

**Section D – Must Be Completed By Transferor (Seller)**

| 26. Manufacturer and/or Importer (If the manufacturer and importer are different, the FFL should include both.) | 27. Model | 28. Serial Number | 29. Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30. Caliber or Gauge |
|---|---|---|---|---|
| Taurus | The Judge | ET456209 | Revolver | 45LC/.410 |

30a. Total Number of Firearms (Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.)    One

30b. Is any part of this transaction a Pawn Redemption?   ☐ Yes  ☒ No

30c. For Use by FFL (See Instructions for Question 30c.)     246-4550    Pistol -49

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

31. Trade/corporate name and address of transferor (seller) (Hand stamp may be used.)

**Cash 1 Pawn**
8720 Roller Coaster Rd.
Missoula, MT 59808

32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)

9-81-063-02-6E-01841

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions,**
**The Person Who Completed Section B Must Complete Questions 33-35.**

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed*); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name (Please print) | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Stephen Galloway | [signature] | Broker | 2-10-15 |

**NOTICES, INSTRUCTIONS AND DEFINITIONS**

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun (rifle or shotgun) to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name) or chronological (by date of transferee's certification) order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

**Section A**

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the seller. Two persons (other than the seller) must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the

ATF Form 4473 (5300.9) Part 1
Revised April 2012

**UNDER SEAL - Page 8**

2/9/2015                                    · FBI NICS E-Check System

**FBI NICS E-Check - Search Request Details**

| | |
|---|---|
| NTN | 2TLN6WG |
| Created Date | 02/04/2015 22:20:15 |
| Expiration Date | 03/06/2015 |
| Last Name | DE FRANCE |
| First Name | MICHAEL |
| Middle Name | BLAKE |
| Cadence (Ex. Jr., Sr., III) | Not Supplied |
| Gender | M |
| Height | 511 |
| Weight | 140 |
| Race and/or Ethnicity | WHITE |
| Date of Birth | 7/11/1993 |
| Place of Birth | OREGON |
| Social Security No | 540430932 |
| UPIN | Not Supplied |
| Miscellaneous No | Not Supplied |
| Miscellaneous Field | Not Supplied |
| State of Residence | MONTANA |
| Citizenship | US Citizen |
| Countries of Citizenship | UNITED STATES OF AMERICA |
| Purpose ID | Sale of Handgun |
| Status | DELAY |
| Submit User | SSETHNEY |
| Retrieved By | SSETHNEY |
| Status Date | 02/09/2015 00:02:19 |
| Retrieved Date | 02/09/2015 18:46:21 |

[ Print Page ]

OMB No. 1140-0020

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record Part I - Over-the-Counter**

Transferor's Transaction Serial Number *(if any)*

CP100057405
Redeem

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. **"PLEASE PRINT."**

### Section A - Must Be Completed Personally By Transferee (Buyer)

**1. Transferee's Full Name**

| Last Name | First Name | Middle Name *(if no middle name, state "NMN")* |
|---|---|---|
| DEFRANCE | MICHAEL | BLAKE |

**2. Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)**

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 509 PENAME | DIXON | SANDERS | MT | 59831 |

| 3. Place of Birth | 4. Height | 5. Weight (Lbs.) | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|
| U.S. City and State -OR- Foreign Country: SALEM, OR | Ft. 5 In. 11 | 135 | ☒ Male ☐ Female | Month 07 | Day 11 | Year 1993 |

**8. Social Security Number** *(Optional, but will help prevent misidentification)*
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

**9. Unique Personal Identification Number** *(UPIN) if applicable (See Instructions for Question 9.)*

**10.a. Ethnicity**
☐ Hispanic or Latino
☒ Not Hispanic or Latino

**10.b. Race** *(Check one or more boxes.)*
☐ American Indian or Alaska Native
☐ Asian
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☒ White

**11.** Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking *"yes"* or *"no"* in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. | ☒ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☒ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☒ |
| d. | Are you a fugitive from justice? | ☐ | ☒ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☒ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☒ |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☒ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☒ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien illegally in the United States? | ☐ | ☒ |
| l. | Are you an alien admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 11.l.)* If you answered *"no"* to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☒ |
| 12. | If you are an alien admitted to the United States under a nonimmigrant visa, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20c.) *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☐ | ☐ |

| 13. What is your State of residence *(if any)? (See Instructions for Question 13.)* | 14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| MT | ☒ United States of America ☐ Other *(Specify)* | |

Note: Previous Editions Are Obsolete

Page 1 of 6

**Transferee (Buyer) Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised April 2012

UNDER SEAL - Page 10

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. If I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "Yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law (See Instructions for Question 16).

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| X | X 9/22/16 |

### Section B - Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred (check or mark all that apply): | 19. If sale at a gun show or other qualifying event. |
|---|---|
| ☐ Handgun   ☒ Long Gun (rifles or shotguns)   ☐ Other Firearm (Frame, Receiver, etc. See Instructions for Question 18.) | Name of Event _____   City, State _____ |

20a. Identification (e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification). (See Instructions for Question 20.a.)

| Issuing Authority and Type of Identification | | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|---|
| | | | Month | Day | Year |
| MONTANA | COMMERCIAL DRIVER | 0704319934111 | 07 | 11 | 2019 |

20b. Alternate Documentation (If driver's license or other identification document does not show current residence address) (See Instructions for Question 20.b.)

20c. Aliens Admitted to the United States Under a Nonimmigrant Visa Must Provide:  Type of documentation showing an exception to the nonimmigrant visa prohibition.  (See Instructions for Question 20.c.)

### Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s)  (See Instructions for Questions 21, 22 and 23.)

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: (Month/Day/Year) | 21b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month 9   Day 22   Year 2016 | 100152V34 |

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was "Delayed," the following response was received from NICS or the appropriate State agency: |
|---|---|
| ☐ Proceed   ☒ Delayed [The firearm(s) may be transferred on 9_28_16 (Missing Disposition Information date provided by NICS)] if State law permits (optional)]   ☐ Denied   ☐ Cancelled | ☐ Proceed _____ (date)   ☐ Denied _____ (date)   ☐ Cancelled _____ (date)   ☒ No resolution was provided within 3 business days. |

21e. (Complete if applicable.) After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ (date). ☐ Proceed   ☐ Denied   ☐ Cancelled

21f. The name and Brady identification number of the NICS examiner (Optional)

_____ (name)    _____ (number)

22. ☐ No NICS check was required because the transfer involved only National Firearms Act firearm(s). (See Instructions for Question 22.)

23. ☐ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS (See Instructions for Question 23.)

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| | | | |

### Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee (buyer) signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instructions for Question 24 and 25.)

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| | 10/3/16 |

Transferor (Seller) Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised April 2012

UNDER SEAL - Page 11

| 26.<br>Manufacturer and/or Importer (If the manufacturer and the importer are different, the FFL should include both.) | 27.<br>Model | 28.<br>Serial Number | 29.<br>Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See Instructions for question 29) | 30.<br>Caliber or Gauge |
|---|---|---|---|---|
| **Section D - Must Be Completed By Transferor (Seller)** | | | | |
| REMINGTON | 770 | M71883512 | RIFLE | 243 WIN |
| | | | | |
| | | | | |
| | | | | |

30a. Total Number of Firearms (Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.)
one

30b. Is any part of this transaction a Pawn Redemption?  ☒ Yes ☐ No

30c. For Use by FFL (See Instructions for Question 30c.)
**406-246-3228**

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

| 31. Trade/corporate name and address of transferor (seller) (Hand stamp may be used.)<br><br>CASH 1 PAWN, INC.<br>8720 ROLLER COASTER RD.<br>MISSOULA, MT 59808 | 32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)<br><br>9-81-01841 |
|---|---|

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions,**
**The Person Who Completed Section B Must Complete Questions 33-35.**

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed*); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name (Please print)<br>*Angus McGills* | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title<br>PAWN BROKER | 36. Date Transferred<br>10/3/16 |
|---|---|---|---|

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun (*rifle or shotgun*) to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 (*which includes the Notices, General Instructions, and Definitions*), and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological (*by date*), alphabetical (*by name*), or numerical (*by transaction serial number*), as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (*by name*) or chronological (*by date of transferee's certification*) order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

#### Section A

**Question 1.** Transferee's Full Name: The buyer must personally complete Section A of this form and certify (*sign*) that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers (*other than the signature*) may be completed by another person, excluding the seller. Two persons (*other than the seller*) must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the

9/22/2016

FBI NICS

joel.christensen



DisplayMDI

**General Information**

The following MDI has been marked as retrieved for the selected transaction.    Print This Message
Current Time        Sep 22, 2016 4:57:54 PM

**Transaction Information**

NTN              1001S2V34
Created Date     Sep 22, 2016 4:54:18 PM
Subject Name     Michael Blake Defiance

**MDI Message**

NTN 1001S2V34 will be Delayed while the
NICS continues its research. If you do not
receive a response from us, the Brady Law
does not prohibit you from transferring the
firearm on 9/28/2016 .

Submit

OMB No. 1140-002

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record**

| | Transferor's/Seller's Transaction Serial Number *(If any)* |
|---|---|
| **WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.<br><br>Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises *("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located)* unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink. "PLEASE PRINT." | CP1001089<br>Redeem |

**Section A - Must Be Completed Personally By Transferee/Buyer**

1. Transferee's/Buyer's Full Name *(If legal name contains an initial only, record "IO" after the initial. If no middle initial or name, record "NMN".)*

| Last Name *(Including suffix (e.g., Jr, Sr, II, III))* | First Name | Middle Name |
|---|---|---|
| DEFRANCE | MICHAEL | BLAKE |

2. Current State of Residence and Address *(U.S. Postal abbreviations are acceptable. Cannot be a post office box.)*

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 1035 GRIZZLY MOUNTAIN RD. | MISSOULA | MISSOULA | MT | 59808 |

| 3. Place of Birth | 4. Height | 5. Weight *(Lbs.)* | 6. Sex | 7. Birth Date |
|---|---|---|---|---|
| U.S. City and State: SALEM, OR **-OR-** Foreign Country | Ft. 5 / In. 11 | 145 | ☑ Male / ☐ Female | Month 07 / Day 11 / Year 1993 |

8. Social Security Number *(Optional, but will help prevent misidentification)*
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

9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)*

10.a. Ethnicity
☐ Hispanic or Latino
☑ Not Hispanic or Latino

10.b. Race *(In addition to ethnicity, select one or more race in 10.b. Both 10.a. and 10.b. must be answered.)*
☐ American Indian or Alaska Native   ☐ Black or African American   ☑ White
☐ Asian   ☐ Native Hawaiian or Other Pacific Islander

11. Answer the following questions by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. Exception: *If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. (See Instructions for Question 11.a.)* | ☑ | ☐ |
| b. Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☑ |
| c. Have you ever been convicted in any court of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☑ |
| d. Are you a fugitive from justice? *(See Instructions for Question 11.d.)* | ☐ | ☑ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☑ |
| f. Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☑ |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☑ |
| i. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☑ |

12.a. Country of Citizenship: *(Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)*
☑ United States of America *(U.S.A.)*   ☐ Other Country/Countries *(Specify)*

| | Yes | No |
|---|---|---|
| 12.b. Have you ever renounced your United States citizenship? | ☐ | ☑ |
| 12.c. Are you an alien illegally or unlawfully in the United States? | ☐ | ☑ |
| 12.d.1. Are you an alien who has been admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 12.d.)* | ☐ | ☑ |
| 12.d.2. If "yes", do you fall within any of the exceptions stated in the instructions? ☑ N/A | ☐ | ☐ |

13. If you are an alien, record your U.S.-Issued Alien or Admission number *(AR#, USCIS#, or I94#)*:

Previous Editions Are Obsolete

**Transferee/Buyer Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

Page 1 of 6

ATF E-Form 4473 (5300.9)
Revised October 2016

UNDER SEAL - Page 14

I certify that my answers in Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.l and/or 12.b. through 12.c. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12.d.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 12.d.2. and provides the documentation required in 18.c. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law. *(See Instructions for Question 14.)*

| 14. Transferee's/Buyer's Signature | 15. Certification Date |
|---|---|
| *[signature]* | *2-24-18* |

## Section B - Must Be Completed By Transferor/Seller

| 16. Type of firearm(s) to be transferred *(check or mark all that apply)*: | 17. If transfer is at a qualifying gun show or event: |
|---|---|
| ☐ Handgun   ☑ Long Gun *(rifles or shotguns)*   ☐ Other Firearm *(frame, receiver, etc. See Instructions for Question 16.)* | Name of Function: _____ City, State: _____ |

**18.a. Identification** *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.)* *(See Instructions for Question 18.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| MT CDL | 0704319934111 | Month 07 | Day 11 | Year 2019 |

**18.b.** Supplemental Government Issued Documentation *(If identification document does not show current residence address) (See Instructions for Question 18.b.)*

**18.c.** Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "YES" to 12.d.2. the transferor/seller must record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473. *(See Instructions for Question 18.c.)*

### Questions 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 19, 20 and 21.)*

| 19.a. Date the transferee's/buyer's identifying information in Section A was transmitted to NICS or the appropriate State agency: | 19.b. The NICS or State transaction number *(if provided)* was: |
|---|---|
| Month 2   Day 24   Year 2018 | 100 JM SSST |

| 19.c. The response initially (first) provided by NICS or the appropriate State agency was: | 19.d. The following response(s) was/were later received from NICS or the appropriate State agency: |
|---|---|
| ☐ Proceed   ☑ Delayed   *[The firearm(s) may be transferred on* 3\|1\|18 *if State law permits (optional)]*   ☐ Denied   ☐ Cancelled | ☑ Proceed   3\|1\|18 *(date)*   ☐ Overturned   ☐ Denied _____ *(date)*   ☐ Cancelled _____ *(date)*   ☐ No response was provided within 3 business days. |

**19.e.** *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ *(date).*   ☐ Proceed   ☐ Denied   ☐ Cancelled

| 19.f. The name and Brady identification number of the NICS examiner. *(Optional)* | 19.g. Name of FFL Employee Completing NICS check. *(Optional)* |
|---|---|
| _____ *(name)*   _____ *(number)* | |

**20.** ☐ No NICS check was required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application. *(See Instructions for Question 20.)*

**21.** ☐ No NICS check was required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS. *(See Instructions for Question 21.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

### Section C - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section A, the transferee/buyer must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 22 and 23.)*

I certify that my answers to the questions in Section A of this form are still true, correct, and complete.

| 22. Transferee's/Buyer's Signature | 23. Recertification Date |
|---|---|
| *[signature]* | *3-2-18* |

Transferor/Seller Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

ATF E-Form 4473 (5300.9)
Revised October 2016

UNDER SEAL - Page 15

| | Section D - Must Be Completed By Transferor/Seller Even If The Firearm(s) Is Not Transferred | | | | |
|---|---|---|---|---|---|
| | **24.** Manufacturer and Importer *(If any) (If the manufacturer and importer are different, the FFL must include both.)* | **25.** Model *(If Designated)* | **26.** Serial Number | **27.** Type *(see Instructions for Question 27.)* | **28.** Caliber or Gauge |
| 1. | STEVENS ARMS | 200 | G490490 | RIFLE | 300 WIN MAG |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

| **29.** Total Number of Firearms Transferred *(Please handwrite by printing e.g., zero, one, two, three, etc. Do not use numerals.)* ONE | **30.** Check if any part of this transaction is a pawn redemption. ☑ Line Number(s) From Question 24 Above: 1 |
|---|---|
| **31.** For Use by Licensee *(See Instructions for Question 31.)* 406· 499-1373    LM - DPC | **32.** Check if this transaction is to facilitate a private party transfer. ☐ *(See Instructions for Question 32.)* |

33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number *(Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)*

CASH 1 PAWN INC 8720 ROLLERCOASTER RD MISSOULA, MT 59808 9-81-01841

**The Person Transferring The Firearm(s) Must Complete Questions 34-37.**
**For Denied/Cancelled Transactions, the Person Who Completed Section B Must Complete Questions 34-36.**

I certify that:  (I) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections B and D is true, correct, and complete; and (3) this entire transaction record has been completed at my licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c).  Unless this transaction has been denied or cancelled, I further certify on the basis of — (1) the transferee's/buyer's responses in Section A (and Section C, if applicable); (2) my verification of the identification recorded in question 18 (and my re-verification at the time of transfer, *if Section C was completed)* and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| **34.** Transferor's/Seller's Name *(Please print)* | **35.** Transferor's/Seller's Signature | **36.** Transferor's/Seller's Title PAWN BROKER | **37.** Date Transferred 3/2/18 |
|---|---|---|---|

**NOTICES, INSTRUCTIONS, AND DEFINITIONS**

**Purpose of the Form:**  The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. *(See ATF Publication 5300.5, State Laws and Published Ordinances.)*

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter.  Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements.  These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2.

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions),* and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF.  Filing may be chronological *(by date of disposition),* alphabetical *(by name of purchaser),* or numerical *(by transaction serial number),* as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

**FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED:**  If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name of transferee)* or chronological *(by date of transferee's certification)* order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections B and D. The transferee/buyer should only make changes to Section A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

**Exportation of Firearms:**  The State or Commerce Departments may require a firearms exporter to obtain a license prior to export. Warning:  Any person who exports a firearm without proper authorization may be fined not more than $1,000,000 and/or imprisoned for not more than 20 years.  See 22 U.S.C. 2778(c).

**Section A**

The transferee/buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete. However, if the transferee/buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the transferor/seller. Two persons *(other than the transferor/seller)* must then sign as witnesses to the transferee's/buyer's answers and signature/certification in question 14.

Page 3 of 6

ATF E-Form 4473 (5300.9)
Revised October 2016

UNDER SEAL - Page 16

2/24/2018                                                          Application

## General Information

The following MDI has been marked as retrieved for the selected transaction.
Current Time        Feb 24, 2018 5:41:14 PM

## Transaction Information

NTN            100JMSSST
Created Date   Feb 24, 2018 5:07:11 PM
Subject Name   MICHAEL BLAKE DEFRANCE

## MDI Message

NTN 100JMSSST will be Delayed while the
NICS continues its research. If you do not
receive a response from us, the Brady Law
does not prohibit you from transferring the
firearm on 3/1/2018 .

UNDER SEAL - Page 17

3/1/2018                                                  Application

Search Request Details

The following is a list of detailed information for the selected transaction.

| | |
|---|---|
| NTN | 100JMSSST |
| Created Date | 2/24/18 5:07 PM |
| Expiration Date | 3/26/18 6:07 PM |
| Last Name | DEFRANCE |
| First Name | MICHAEL |
| Middle Name | BLAKE |
| Cadence (Ex. Jr., Sr., III) | Not Supplied |
| Gender | M |
| Height | 511 |
| Weight | 145 |
| Race and/or Ethnicity | W |
| Date of Birth | 7/11/1993 |
| Place of Birth | OR |
| Social Security No | 540430932 |
| UPIN | Not Supplied |
| Miscellaneous No | Not Supplied |
| Miscellaneous Field | |
| State of Residence | MT |
| Citizenship | C |
| Country of Citizenship | US |
| Country of Citizenship 2 | Not Supplied |
| Country of Citizenship 3 | Not Supplied |
| Purpose ID | 10 |
| Submitted By | Joel.christensen |
| Retrieved By | Joel.christensen |
| Retrieved Date | 3/1/18 12:57 PM |
| Status | Proceed |
| Status Date | 3/1/2018 11:20 AM |

OMB No. 1140-0020

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record**

| WARNING: You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.<br><br>Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink. **"PLEASE PRINT."** | Transferor's/Seller's Transaction Serial Number *(if any)*<br>CP100 | 0984<br>Sale |

**Section A - Must Be Completed Personally By Transferee/Buyer**

1. Transferee's/Buyer's Full Name *(if legal name contains an initial only, record "IO" after the initial. If no middle initial or name, record "NMN".)*

| Last Name *(including suffix (e.g., Jr, Sr, II, III))* | First Name | Middle Name |
|---|---|---|
| DEFRANCE | MICHAEL | BLAKE |

2. Current State of Residence and Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 1035 GRIZZLY MOUNTAIN RD | MISSOULA | MISSOULA | MT | 59808 |

| 3. Place of Birth<br>U.S. City and State   -OR-   Foreign Country<br>SALEM, OR | 4. Height<br>Ft. 5<br>In. 11 | 5. Weight *(Lbs.)*<br>145 | 6. Sex<br>✓ Male<br>☐ Female | 7. Birth Date<br>Month 07   Day 11   Year 1993 |
|---|---|---|---|---|

| 8. Social Security Number *(Optional, but will help prevent misidentification)*<br>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 | 9. Unique Personal Identification Number *(UPIN)* if applicable (See Instructions for Question 9.) |
|---|---|

| 10.a. Ethnicity<br>☐ Hispanic or Latino<br>✓ Not Hispanic or Latino | 10.b. Race *(In addition to ethnicity, select one or more race in 10.b. Both 10.a. and 10.b. must be answered.)*<br>☐ American Indian or Alaska Native   ☐ Black or African American   ✓ White<br>☐ Asian   ☐ Native Hawaiian or Other Pacific Islander |
|---|---|

11. Answer the following questions by checking or marking *"yes"* or *"no"* in the boxes to the right of the questions.

| | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. (See Instructions for Question 11.a.) | ✓ | ☐ |
| b. Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year? (See Instructions for Question 11.b.) | ☐ | ✓ |
| c. Have you ever been convicted in any court of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? (See Instructions for Question 11.c.) | ☐ | ✓ |
| d. Are you a fugitive from justice? (See Instructions for Question 11.d.) | ☐ | ✓ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ✓ |
| f. Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? (See Instructions for Question 11.f.) | ☐ | ✓ |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ✓ |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? (See Instructions for Question 11.h.) | ☐ | ✓ |
| i. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? (See Instructions for Question 11.i.) | ☐ | ✓ |

12.a. Country of Citizenship: *(Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)*
   ✓ United States of America *(U.S.A.)*   ☐ Other Country/Countries *(Specify)*

| | | Yes | No |
|---|---|---|---|
| 12.b. | Have you ever renounced your United States citizenship? | ☐ | ✓ |
| 12.c. | Are you an alien illegally or unlawfully in the United States? | ☐ | ✓ |
| 12.d.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? (See Instructions for Question 12.d.) | ☐ | ✓ |
| 12.d.2. | If "yes", do you fall within any of the exceptions stated in the instructions? | ✓ N/A | ☐ | ☐ |

13. If you are an alien, record your U.S.-Issued Alien or Admission number (AR#, USCIS#, or I94#):

| Previous Editions Are Obsolete | Transferee/Buyer Continue to Next Page<br>**STAPLE IF PAGES BECOME SEPARATED** | ATF E-Form 4473 (5300.9)<br>Revised October 2016 |
|---|---|---|
| Page 1 of 6 | | |

UNDER SEAL - Page 19

I certify that my answers in Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.i and/or 12.b. through 12.c. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12.d.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 12.d.2. and provides the documentation required in 18.c. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law. *(See Instructions for Question 14.)*

| 14. Transferee's/Buyer's Signature | 15. Certification Date |
|---|---|
| *[signature]* | *3-2-18* |

### Section B - Must Be Completed By Transferor/Seller

| 16. Type of firearm(s) to be transferred *(check or mark all that apply)*: | 17. If transfer is at a qualifying gun show or event: |
|---|---|
| ☑ Handgun   ☐ Long Gun *(rifles or shotguns)*   ☐ Other Firearm *(frame, receiver, etc. See Instructions for Question 16.)* | Name of Function: _____<br>City, State: _____ |

18.a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 18.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| MT<br>DL | 0704319934111 | Month<br>07 | Day<br>11 | Year<br>2019 |

18.b. Supplemental Government Issued Documentation *(if identification document does not show current residence address) (See Instructions for Question 18.b.)*

18.c. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "YES" to 12.d.2. the transferor/seller must record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473. *(See Instructions for Question 18.c.)*

### Questions 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 19, 20 and 21.)*

| 19.a. Date the transferee's/buyer's identifying information in Section A was transmitted to NICS or the appropriate State agency: | 19.b. The NICS or State transaction number *(if provided)* was: |
|---|---|
| Month<br>3   Day<br>2   Year<br>2018 | 100SWLNZT |

| 19.c. The response initially (first) provided by NICS or the appropriate State agency was: | 19.d. The following response(s) was/were later received from NICS or the appropriate State agency: |
|---|---|
| ☐ Proceed   ☒ Delayed<br>☐ Denied   *[The firearm(s) may be transferred on*<br>☐ Cancelled   *3/8/18   if State law permits (optional)]* | ☐ Proceed _____ *(date)*   ☐ Overturned<br>☐ Denied _____ *(date)*<br>☐ Cancelled _____ *(date)*<br>☒ No response was provided within 3 business days. |

19.e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on:

_____ *(date)*   ☐ Proceed   ☐ Denied   ☐ Cancelled

| 19.f. The name and Brady identification number of the NICS examiner. *(Optional)* | 19.g. Name of FFL Employee Completing NICS check. *(Optional)* |
|---|---|
| *(name)*   *(number)* | |

20. ☐ No NICS check was required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application. *(See Instructions for Question 20.)*

21. ☐ No NICS check was required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS. *(See Instructions for Question 21.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

### Section C - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section A, the transferee/buyer must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Questions 22 and 23.)*

I certify that my answers to the questions in Section A of this form are still true, correct, and complete.

| 22. Transferee's/Buyer's Signature | 23. Recertification Date |
|---|---|
| *[signature]* | *3-10-18* |

**Transferor/Seller Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

Page 2 of 6

ATF E-Form 4473 (5300.9)
Revised October 2016

**Section D - Must Be Completed By Transferor/Seller Even If The Firearm(s) is Not Transferred**

| | 24.<br>Manufacturer and Importer (If any) (If the manufacturer and importer are different, the FFL must include both.) | 25.<br>Model<br>(If Designated) | 26.<br>Serial Number | 27.<br>Type (See Instructions for Question 27.) | 28.<br>Caliber or Gauge |
|---|---|---|---|---|---|
| 1. | SMITH & WESSON | 60 LADY SMITH | DAW6108 | REVOLVER | 357 MAG |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

| 29. Total Number of Firearms Transferred (Please handwrite by printing e.g., zero, one, two, three, etc. Do not use numerals.)   ONE | 30. ☐ Check if any part of this transaction is a pawn redemption.<br>☐ Line Number(s) From Question 24 Above: |
|---|---|
| 31. For Use by Licensee (See Instructions for Question 31.)<br>406-499-1373   Deleyton 1 | 32. Check if this transaction is to facilitate a private party transfer.<br>☐ (See Instructions for Question 32.) |

33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)

CASH 1 PAWN INC 8720 ROLLERCOASTER RD MISSOULA, MT 59808 9-81-01841

**The Person Transferring The Firearm(s) Must Complete Questions 34-37.**
**For Denied/Cancelled Transactions, the Person Who Completed Section B Must Complete Questions 34-36.**

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections B and D is true, correct, and complete; and (3) this entire transaction record has been completed at my licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled, I further certify on the basis of — (1) the transferee's/buyer's responses in Section A, (and Section C, if applicable); (2) my verification of the identification recorded in question 18 (and my re-verification at the time of transfer, if Section C was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 34. Transferor's/Seller's Name (Please print)<br>Stephen Gorting | 35. Transferor's/Seller's Signature | 36. Transferor's/Seller's Title<br>PAWN BROKER | 37. Date Transferred<br>3/10/16 |
|---|---|---|---|

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See ATF Publication 5300.5, State Laws and Published Ordinances.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee whose does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2.

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

**FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED:** If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections B and D. The transferee/buyer should only make changes to Section A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

**Exportation of Firearms:** The State or Commerce Departments may require a firearms exporter to obtain a license prior to export. Warning: Any person who exports a firearm without proper authorization may be fined not more than $1,000,000 and/or imprisoned for not more than 20 years. See 22 U.S.C. 2778(c).

**Section A**

The transferee/buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the transferee/buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the transferor/seller. Two persons (other than the transferor/seller) must then sign as witnesses to the transferee's/buyer's answers and signature/certification in question 14.

ATF E-Form 4473 (5300.9)
Revised October 2016

UNDER SEAL - Page 21

OMB No. 1140-0020

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

| WARNING: You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. | Transferor's/Seller's Transaction Serial Number *(If any)* |
|---|---|
| Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises *("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located)* unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink. "PLEASE PRINT." | CPloc 126791 Redum |

## Section A - Must Be Completed Personally By Transferee/Buyer

1. Transferee's/Buyer's Full Name *(If legal name contains an initial only, record "IO" after the initial. If no middle initial or name, record "NMN".)*

| Last Name *(Including suffix (e.g., Jr, Sr, II, III))* | First Name | Middle Name |
|---|---|---|
| DEFRANCE | MICHAEL | BLAKE |

2. Current State of Residence and Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 1035 GRIZZLY MOUNTAIN ROAD | MISSOULA | MISSOULA | MT | 59808 |

| 3. Place of Birth | 4. Height | 5. Weight *(Lbs.)* | 6. Sex | 7. Birth Date | | |
|---|---|---|---|---|---|---|
| U.S. City and State  -OR-  Foreign Country | Ft. 5 | 145 | ☑ Male | Month 07 | Day 11 | Year 1993 |
| SALEM, OR | In. 11 | | ☐ Female | | | |

8. Social Security Number *(Optional, but will help prevent misidentification)*
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

9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)*

| 10.a. Ethnicity | 10.b. Race *(In addition to ethnicity, select one or more race in 10.b. Both 10.a. and 10.b. must be answered.)* | | | |
|---|---|---|---|---|
| ☐ Hispanic or Latino | ☐ American Indian or Alaska Native | ☐ Black or African American | | ☑ White |
| ☑ Not Hispanic or Latino | ☐ Asian | ☐ Native Hawaiian or Other Pacific Islander | | |

| 11. Answer the following questions by checking or marking "yes" or "no" in the boxes to the right of the questions. | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. *Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. (See Instructions for Question 11.a.)* | ☑ | ☐ |
| b. Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☑ |
| c. Have you ever been convicted in any court of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☑ |
| d. Are you a fugitive from justice? *(See Instructions for Question 11.d.)* | ☐ | ☑ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☑ |
| f. Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☑ |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☑ |
| i. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☑ |

12.a. Country of Citizenship: *(Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)*
☑ United States of America *(U.S.A.)*   ☐ Other Country/Countries *(Specify)*

| | Yes | No |
|---|---|---|
| 12.b. Have you ever renounced your United States citizenship? | ☐ | ☑ |
| 12.c. Are you an alien illegally or unlawfully in the United States? | ☐ | ☑ |
| 12.d.1. Are you an alien who has been admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 12.d.)* | ☐ | ☑ |
| 12.d.2. If "yes", do you fall within any of the exceptions stated in the instructions? ☑ N/A | ☐ | ☐ |

13. If you are an alien, record your U.S.-Issued Alien or Admission number *(AR#, USCIS#, or I94#)*:

| Previous Editions Are Obsolete | Transferee/Buyer Continue to Next Page | ATF E-Form 4473 (5300.9) |
|---|---|---|
| Page 1 of 6 | STAPLE IF PAGES BECOME SEPARATED | Revised October 2016 |

UNDER SEAL - Page 22

I certify that my answers in Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.i and/or 12.b. through 12.c. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12.d.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 12.d.2. and provides the documentation required in 18.c. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law. *(See Instructions for Question 14.)*

| 14. Transferee's/Buyer's Signature | 15. Certification Date |
|---|---|
| *[signature]* | 5-25-18 |

## Section B - Must Be Completed By Transferor/Seller

| 16. Type of firearm(s) to be transferred *(check or mark all that apply):* | 17. If transfer is at a qualifying gun show or event: |
|---|---|
| ☐ Handgun   ☑ Long Gun *(rifles or shotguns)*   ☐ Other Firearm *(frame, receiver, etc. See Instructions for Question 16.)* | Name of Function: _____ <br> City, State: _____ |

**18.a. Identification** *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 18.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| MT CDL | 0704319934111 | Month 07 | Day 11 | Year 2019 |

**18.b.** Supplemental Government Issued Documentation *(If identification document does not show current residence address) (See Instructions for Question 18.b.)*

**18.c.** Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "YES" to 12.d.2. the transferor/seller must record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473. *(See Instructions for Question 18.c.)*

---

**Questions 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions for Questions 19, 20 and 21.)*

| 19.a. Date the transferee's/buyer's identifying information in Section A was transmitted to NICS or the appropriate State agency: | 19.b. The NICS or State transaction number *(if provided)* was: |
|---|---|
| Month 06   Day 25   Year 2016 | 100P4P1ZR |

| 19.c. The response initially (first) provided by NICS or the appropriate State agency was: | 19.d. The following response(s) was/were later received from NICS or the appropriate State agency: |
|---|---|
| ☒~~Proceed~~ *[struck through]*   ☒ Delayed <br> ☐ Denied   *[The firearm(s) may be transferred on 6/30/16 if State law permits (optional)]* <br> ☐ Cancelled | ☒ Proceed  9/30/18 *(date)*   ☐ Overruled <br> ☐ Denied _____ *(date)* <br> ☐ Cancelled _____ *(date)* <br> ☐ No response was provided within 3 business days. |

**19.e.** *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ *(date).*   ☐ Proceed   ☐ Denied   ☐ Cancelled

| 19.f. The name and Brady identification number of the NICS examiner. *(Optional)* | 19.g. Name of FFL Employee Completing NICS check. *(Optional)* |
|---|---|
| *(name)*               *(number)* | |

**20.** ☐ No NICS check was required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application. *(See Instructions for Question 20.)*

**21.** ☐ No NICS check was required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS. *(See Instructions for Question 21.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

## Section C - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section A, the transferee/buyer must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 22 and 23.)*

I certify that my answers to the questions in Section A of this form are still true, correct, and complete.

| 22. Transferee's/Buyer's Signature | 23. Recertification Date |
|---|---|
| *[signature]* | 9-1-18 |

**Transferor/Seller Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

Page 2 of 6

ATF E-Form 4473 (5300.9)
Revised October 2016

**Section D - Must Be Completed By Transferor/Seller Even If The Firearm(s) is Not Transferred**

| | 24. Manufacturer and Importer (If any) (If the manufacturer and importer are different, the FFL must include both.) | 25. Model (If Designated) | 26. Serial Number | 27. Type (See Instructions for Question 27.) | 28. Caliber or Gauge |
|---|---|---|---|---|---|
| 1. | REMINGTON | 770 | M71863512 | RIFLE | 243 WIN |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

29. Total Number of Firearms Transferred *(Please handwrite by printing e.g., zero, one, two, three, etc. Do not use numerals.)*  one

30. Check if any part of this transaction is a pawn redemption.
☑ Line Number(s) From Question 24 Above: 1

31. For Use by Licensee *(See Instructions for Question 31.)*  8/30 TNA  214-0361

32. Check if this transaction is to facilitate a private party transfer.
☐ *(See Instructions for Question 32.)*

33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number *(Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)*

CASH 1 PAWN INC 8720 ROLLERCOASTER RD MISSOULA, MT 59808 9-81-01841

**The Person Transferring The Firearm(s) Must Complete Questions 34-37.**
**For Denied/Cancelled Transactions, the Person Who Completed Section B Must Complete Questions 34-36.**

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections B and D is true, correct, and complete; and (3) this entire transaction record has been completed at my licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled, I further certify on the basis of — (1) the transferee's/buyer's responses in Section A (and Section C, if applicable); (2) my verification of the identification recorded in question 18 (and my re-verification at the time of transfer, *if Section C was completed*); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

34. Transferor's/Seller's Name *(Please print)*  Stephen Setum

35. Transferor's/Seller's Signature

36. Transferor's/Seller's Title  BROKER

37. Date Transferred  09/01/18

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. *(See ATF Publication 5300.5, State Laws and Published Ordinances.)*

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2.

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological *(by date of disposition)*, alphabetical *(by name of purchaser)*, or numerical *(by transaction serial number)*, as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name of transferee)* or chronological *(by date of transferee's certification)* order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections B and D. The transferee/buyer should only make changes to Section A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

**Exportation of Firearms:** The State or Commerce Departments may require a firearms exporter to obtain a license prior to export. **Warning:** Any person who exports a firearm without proper authorization may be fined not more than $1,000,000 and/or imprisoned for not more than 20 years. See 22 U.S.C. 2778(c).

**Section A**

The transferee/buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete. However, if the transferee/buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the transferor/seller. Two persons *(other than the transferor/seller)* must then sign as witnesses to the transferee's/buyer's answers and signature/certification in question 14.



'30/2018                                      Application

## Search Request Details

The following is a list of detailed information for the selected transaction.

| | |
|---|---|
| NTN | 100PYP1ZR |
| Created Date | 8/25/18 8:05 PM |
| Expiration Date | 9/24/18 8:05 PM |
| Last Name | Defrance |
| First Name | Michael |
| Middle Name | Blake |
| Cadence (Ex. Jr., Sr., III) | Not Supplied |
| Gender | M |
| Height | 511 |
| Weight | 145 |
| Race and/or Ethnicity | W |
| Date of Birth | 7/11/1993 |
| Place of Birth | OR |
| Social Security No | 540430932 |
| UPIN | Not Supplied |
| Miscellaneous No | Not Supplied |
| Miscellaneous Field | |
| State of Residence | MT |
| Citizenship | C |
| Country of Citizenship | US |
| Country of Citizenship 2 | Not Supplied |
| Country of Citizenship 3 | Not Supplied |
| Purpose ID | 10 |
| Submitted By | stephen.sethney |
| Retrieved By | joel.christensen |
| Retrieved Date | 8/30/18 12:56 PM |
| Status | Proceed |
| Status Date | 8/29/2018 9:11 PM |

UNDER SEAL - Page 26



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms
and Explosives

*Denver Field Division*

WWW.atf.gov

September 16, 2021

Michael Blake DEFRANCE
1035 Grizzly Mountain Road
Missoula, MT. 59808

## <u>WARNING NOTICE OF PROHIBITED FIREARM TRANSACTION</u>

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is the government agency responsible for enforcing Federal firearms laws. Information received by ATF indicates you have attempted to acquire one or more firearms, while you are prohibited from receiving or possessing a firearm. This letter officially notifies you that, because of your misdemeanor conviction for domestic violence, Federal law prohibits you from receiving or possessing a firearm or ammunition. Federal law also provides that it shall be unlawful to give false information to a Federal firearms licensee (FFL) during the acquisition or attempted acquisition of a firearm or ammunition.

Specifically, Federal law at Title 18, Chapter 44 United States Code (U.S.C.), Sections 922(g)(9), provide, that it is unlawful for any person who has been convicted in any court of a misdemeanor crime of domestic violence, to ship, transport, possess or receive any firearm or ammunition that has affected interstate or foreign commerce. Further, Title 18, Chapter 44 U.S.C., Sections 922(a)(6) and 924(a)(l)(A), provide that it is unlawful for any person to make a false statement to an FFL when acquiring or attempting to acquire a firearm or ammunition. For example, it is unlawful to misrepresent on a Firearms Transaction Record Part 1-Over-the-Counter, ATF Form 4473, that you are not prohibited from receiving or possessing a firearm by answering "No" to Question 11.(i), or making any other false representations. Any person under a Federal firearms disability who acquires a firearm or ammunition, or who makes a false statement or misrepresentation to an FFL when acquiring or attempting to acquire a firearm or ammunition may be imprisoned for up to ten (10) years and/or fined up to $250,000. *See* Title 18, Chapter 44 U.S.C. Sections 922(g), and 924(a)(2).

-1-

**You are hereby advised that you are prohibited from receiving or possessing a firearm or ammunition because of your prior misdemeanor domestic violence conviction.** On 04/14/2013, you were arrested for a misdemeanor crime of domestic violence, PFMA, by the Sanders County Sheriff's Office, MT, and you were convicted of the MT Domestic Violence statute 45-5-206 (1) (a) which is a federal prohibiting conviction, on 05/17/2013. Your conviction is and has been prohibiting since 05/17/2013. If your conviction has been set aside or expunged you must obtain a copy of the court record or other legal document and file an appeal with the FBI NICS system. Instructions for filing an appeal are attached to this letter. If you are currently in possession of a firearm and/or ammunition that you previously possessed or received while under a Federal firearms disability, you have several options. In some instances, you may return the firearm immediately to the FFL. To discuss other options, you must contact **Special Agent** _____ **at (406)** _____ immediately. You will be required to sign this Warning Notice and return a copy to ATF even if you have already returned the firearm to the FFL.

Be advised this Warning Notice does not constitute a bar to the United States, or any State or municipality, to prosecuting you for any criminal offense related to any unlawful firearm transaction. If you have any questions or have information concerning any illegal firearm purchases, please contact this office at (406) 441-3140.


**Craig Howe**


Resident Agent in Charge
Bureau of Alcohol, Tobacco Firearms and Explosives
Helena Field Office
Missoula Satellite Office


**Warning Notice Served by:**

Special Agent, ATF: _____

Date Served: _____

Location Served: <u>via US mail</u> _____

ATF Return Address: 200 East Broadway Room 334
Missoula, MT 59808

(if notice mailed)


**I hereby acknowledge receipt of this Warning Notice:**

Recipient's Name (Printed): _____

Recipient's Signature: _____

Date Signed by Recipient: _____

UNDER SEAL - Page 28



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Resident Agent in Charge*

Billings, Montana 59101

www.atf.gov

**September 16, 2021**

**Mr. Michael Blake DEFRANCE**
**1035 Grizzly Mountain Road**
**Missoula, MT 59808**

Dear Mr. DEFRANCE:

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has been notified that you
purchased or redeemed from pawn;
**1) Purchased a Taurus Judge in February 2015,**
**2) Redeemed a Remington 770 in September 2016,**
**3) Redeemed a Stevens 200 in March 2018 (and appears to have sold back the Taurus Judge**
**for the money to redeem the Stevens 200)**
**4) Purchased a Smith & Wesson Model 60 Ladysmith in March 2018,**
**5) Redeemed the Remington 770 for the second time in August 2018.**
You received these firearms in violation of Federal Law.  Information available to the Federal
Bureau of Investigation (FBI) and ATF indicates that you may be a person who is prohibited
from possessing firearms.
Specifically, Federal law at Title 18, Chapter 44 United States Code (U.S.C.), Sections 922(g)
(9), provide, that it is unlawful for any person who has been convicted in any court of a
misdemeanor crime of domestic violence, to ship, transport, possess or receive any firearm or
ammunition that has affected interstate or foreign commerce. Further, Title 18, Chapter 44
U.S.C., Sections 922(a)(6) and 924(a)(l)(A), provide that it is unlawful for any person to
make a false statement to an FFL when acquiring or attempting to acquire a firearm or
ammunition. For example, it is unlawful to misrepresent on a Firearms Transaction Record
Part 1 - Over-the-Counter, ATF Form 4473, that you are not prohibited from receiving or
possessing a firearm by answering "No" to Question 11.( i), or making any other false
representations. Any person under a Federal firearms disability who acquires a firearm or
ammunition, or who makes a false statement or misrepresentation to an FFL when acquiring
or attempting to acquire a firearm or ammunition may be imprisoned for up to ten (1 0) years
and/or fined up to $250,000. *See* Title 18, Chapter 44 U.S.C. Sections 922(g), and 924(a)(2).

-2-

To resolve this matter, you should contact this office as soon as possible. The office is located at 200 East Broadway, Room 334, Missoula, MT  59808.  The telephone number is 406-441-3160. Agent Michael Sprenger, assigned to this field office, will do everything possible to assist you in you with alternatives for lawfully disposing of the firearm.

As you may know, the Brady law requires Federal firearms licensees to contact the National Instant Criminal Background Check System (NICS) prior to transferring a firearm to any person who is not licensed under the provisions of the Gun Control Act (GCA).  The purpose of the NICS check is to determine whether the purchaser is disabled from possessing and/or receiving firearms under Federal law.  The GCA sets forth various categories of persons who are prohibited from receiving and/or possessing firearms under Federal law.  The categories of prohibited persons are defined in 18 U.S.C. Sections 921 and 922, and in part 178 of the Code of Federal Regulations.

**Mr. Michael Blake DEFRANCE**

NICS is administered by the Federal Bureau of Investigation (FBI).  The Brady Law provides a period of 3 business days for the background check to be conducted.  After those 3 days the dealer may transfer the firearm to the purchaser.

However, the FBI will search records for up to 20 days to determine whether a purchaser is prohibited from possessing firearms under Federal law.  If the FBI determines the person is prohibited from possessing a firearm that information is forwarded to the local office of the Bureau of Alcohol, Tobacco, Firearms and Explosives for further action.

Again, you must contact ATF as soon as possible to resolve this matter.  You are prohibited from receiving or possessing firearms under Federal law, your continued possession may subject you to criminal prosecution.  A conviction for a violation of the Federal firearms laws is a felony punishable by imprisonment of a term of not more that 5 to 10 years, and a fine of not more than $250,000.

**Craig Howe**
**Resident Agent in Charge**

**Enclosure:**
    **Acknowledgment Form**

## ACKNOWLEDGMENT

**Michael Blake DEFRANCE** is prohibited from possessing and/or receiving firearms under Federal Law.   **Michael Blake DEFRANCE** wishes to transfer a Hi-Point, model CF380, .380 caliber semi-auto pistol, S/N BCP54581, to _____ (person who accepts the firearm) who does not live in the same residence **Michael Blake DEFRANCE.**

_____(The person who accepts the firearm) acknowledges that he/she may not return the firearm described above, or any other firearm to   **Michael Blake DEFRANCE** or to any other person living in  **Michael Blake DEFRANCE** residence.

 **Michael Blake DEFRANCE** and _____ (person who accepts the firearm) understand that actual or constructive possession and/or receipt of a firearm by a prohibited person is punishable by a term of imprisonment of 5 to 10 years and by a fine of not more than $250,000.

_____ (Person who accepts firearm) and **Michael Blake DEFRANCE**
also understand that knowingly providing a firearm to a prohibited person may subject _____ (the person who accepts firearm) to Federal prosecution.


_____
Signature of person accepting the firearm                    Date


_____
Signature of **Michael Blake DEFRANCE**                   Date


_____
Signature of ATF Special Agent                    Date

| | |
|---|---|
| **From:** | Pickles, Dana |
| **To:** | Clark, Jennifer (USAMT) |
| **Cc:** | Weldon, Ryan (USAMT) |
| **Subject:** | RE: Need help |
| **Date:** | Friday, September 17, 2021 9:10:45 AM |
| **Attachments:** | image001.jpg |
| | image004.jpg |
| | image002.jpg |
| | image006.jpg |
| | image008.jpg |

A delay is caused when something that is possibly prohibiting appears on the subjects record and requires NICS to research it to determine if the subject is prohibited or not for firearms possession.  A proceed occurs once the subject is determined not to be prohibited.

*For example:*

I try to purchase a firearm and NICS runs my background check and they find that I have a misd battery arrest from 1996 with no final disposition.  As battery is all meets in all states for the use or threatened use of physical force in regards to misd crimes of domestic violence (MCDVs... federally prohibiting under 18USC922g9) they have to research to see if A) I was convicted (and if so was if for the battery charge or was it reduced to assault, disorderly conduct, etc) and B) what was the relationship of the victim to me.  Only certain relationships meet federally (such as spouse/ ex spouse, cohabitating or formerly cohabitating boyfriend/girlfriend, share a child in common, etc).

While NICS is researching this information I would be in a delayed status.  After the 3rd business day (called the brady date) if NICS has still not determined if I am prohibited or not I can legally take possession of the firearm.  Once NICS determines that I am *not* prohibited (let's say I battered my brother on the battery example I gave; that relationship does not meet federally for MCDV) they would proceed me and I could get the firearm if I haven't already taken possession of it.

**Dana Pickles**
**Program Analyst**
**Denial Enforcement & NICS Intelligence Branch**
**US Dept. Of Justice Bureau of ATF**
**304.616.4181**



EXHIBIT B - Page 1

ATF LGOG NEW 2


🖨 Please consider the environment before printing this e-mail.

**From:** Clark, Jennifer (USAMT) <JClark1@usa.doj.gov>
**Sent:** Friday, September 17, 2021 10:23 AM
**To:** Pickles, Dana <Dana.Pickles@atf.gov>
**Cc:** Weldon, Ryan (USAMT) <RWeldon@usa.doj.gov>
**Subject:** RE: Need help

Thank you!  That information is very helpful.
I do have one question on proceed.  What causes a proceed versus delayed response?

**From:** Pickles, Dana <Dana.Pickles@atf.gov>
**Sent:** Friday, September 17, 2021 5:33 AM
**To:** Clark, Jennifer (USAMT) <JClark1@usa.doj.gov>
**Cc:** Weldon, Ryan (USAMT) <RWeldon@usa.doj.gov>
**Subject:** RE: Need help

Hi all.

When a subject attempts to purchase a firearm in an FBI NICS state (only 37 states currently use NICS for all firearms background checks with another 6 states only using NICS for long gun checks) they will receive one of three responses: proceed, denied or delayed (also called "open").

A proceeded NTN can be immediate or can occur after several days (or longer) if NICS needs to research any potential prohibitions found on the subjects record. While NICS is researching any potential prohibitions the NTN is put in a delayed status.  The firearm can be legally transferred after 3 business days. Once NICS has completed their research and determined to proceed the transaction the NTN (NICS transaction number) is purged by law from NICS system at midnight the night of the proceed. NICS will no longer have any information related to that attempted purchase.

A denied NTN can also be immediate or can occur after several days (or longer) if NICS needs to research any potential prohibitions found on the subjects

record. While NICS is researching any potential prohibitions the NTN is put in a delayed status. The firearm can be legally transferred after 3 business days. However, if the subject is ultimately denied the denial comes over to the ATF (via an electronic batch file) the next day and if the firearm had already been transferred the DENI branch will refer the NTN to the filed for firearm retrieval (referred delayed). If the subject did not get the firearm the DENI branch will either refer it to the field (referred standard) if it meets that field divisions referral guidelines or the NTN will be set to not referred if it does not meet that field divisions referral guidelines. All denials stay in our host application (ANR) permanently.

A delayed (or open) NTN occurs when FBI NICS does not have the necessary information to proceed or deny a subject. The firearm can be legally transferred after 3 business days if the NTN has been delayed. If NICS never makes a proceed or denied determination the NTN is purged off of the NICS system after 88 days. NICS will no longer have any information related to that attempted purchase.

I should note that most of the big box stores (Walmart, Bass Pro, etc) will never transfer without a proceed but almost all of the smaller FFL's will make the transfer if the subject is not denied by the 3rd business day.

I hope this helps clarify the process for you. Feel free to let me know if you have any other questions or concerns.

**Dana Pickles**
**Program Analyst**
**Denial Enforcement & NICS Intelligence Branch**
**US Dept. Of Justice Bureau of ATF**
**304.616.4181**



 Please consider the environment before printing this e-mail.

**From:** Clark, Jennifer (USAMT) <JClark1@usa.doj.gov>

EXHIBIT B - Page 3

**Sent:** Thursday, September 16, 2021 6:18 PM
**To:** Pickles, Dana <Dana.Pickles@atf.gov>
**Cc:** Weldon, Ryan (USAMT) <RWeldon@usa.doj.gov>
**Subject:** RE: Need help

Analyst Pickles:
Thank you so much for your information and help on this matter. Can you please explain the difference, if any, between a delayed, no response, and then after three days the firearm can be transferred vs. the delayed and a proceed notice. What triggers a proceed response? Some of the paperwork we received with the 'proceed' response said that it would be delayed while NICS conducted its research but that the firearm could be transferred in three days. Is that true for all proceed responses?

Thank you!
Jen

Jennifer S. Clark
Assistant U.S. Attorney
U.S. Attorney's Office – District of Montana
PO Box 8329 | Missoula, MT 59807
) (406)329-4265 | ✉ Jennifer.Clark2@usdoj.gov


**From:** Feuerstein, Stephen V. <Stephen.Feuerstein@atf.gov>
**Sent:** Thursday, September 16, 2021 11:05 AM
**To:** Clark, Jennifer (USAMT) <JClark1@usa.doj.gov>; Sprenger, Michael R.
<Michael.Sprenger@atf.gov>
**Subject:** FW: Need help
**Importance:** High


Well, I was correct they have been purged and NICS did not complete their investigation properly, thus they allowed a prohibited person to have the firearms. With no court of record to prove he was provided the admonishment this is not a good situation. Sorry to be the bearer of bad news. Below is the information from our NICS liaison which confirms all. I have drafted two letters, admonishment and notification, feel free to utilize either, both, whatever is needed to provide to DEFRANCE's attorney. The second letter actually has an acknowledgement form as the last page which has blank spots for the third party and DEFRANCE to fill in and acknowledge.
This is what we utilize for such occasions, actually use these when we get a NICS or learn of a prohibited person who has acquired firearms with there being an agent of the state providing based on no response from NICS.


Stephen (Steve) Feuerstein
Investigative Analyst (IA)
DFD NICS Coordinator
ATF Billings Field Office

2929 3rd Ave. North Ste. 528
Billings, MT. 59101
Ph. 406-657-9700
Fax. 406-657-9701

**From:** Pickles, Dana <Dana.Pickles@atf.gov>
**Sent:** Thursday, September 16, 2021 10:03 AM
**To:** Feuerstein, Stephen V. <Stephen.Feuerstein@atf.gov>
**Cc:** Kimes, Christine N. <Christine.Kimes@atf.gov>; Reeves, Carol A. <Carol.Reeves@atf.gov>
**Subject:** FW: Need help
**Importance:** High

Hi Stephen.

Christine is out of the office until Tuesday and is on a detail until 10/11.  I will try to assist you with your request.

You reference denied, proceeded and "no answer" transactions for this subject.  The DENI branch only gets denied transactions from FBI NICS.  We do not get proceeds or delays (which I'm guessing are the ones you referred to as "no answer").  **Proceeds are purged by NICS the night they are proceeded and are gone forever by law.  If no decision is ever made on a delayed transaction they are purged by NICS after 88 days and are gone forever by law.**

Looking at the NTNs on the attached 4473's you submitted I found the following:

1. NTN 2TLN6WG – the 4473 was marked DELAYED (box 21c).  As I do not see this NTN in ANR that tells me it was not denied. It was either proceeded (and then purged off NICS system) or was left delayed (delays purge off NICS system after 88 days)

2. NTN 10015ZV34 – the 4473 was marked DELAYED (box 21c).  As I do not see this NTN in ANR that tells me it was not denied. It was either proceeded (and then purged off NICS system) or was left delayed (delays purge off NICS system after 88 days)

3. NTN 100JMSSST – the 4473 was marked DELAYED (box 19c) and then was updated to PROCEED (box 19d). As the subject was proceeded the NTN purged by law off NICS system midnight the night of the proceed.

4. NTN 100JW6NZT– the 4473 was marked DELAYED (box 19c). As I do not see this NTN in ANR that tells me it was not denied. It was either proceeded (and then purged off NICS system) or was left delayed (delays purge off NICS system after 88 days)

5. NTN 100PYP1ZR – the 4473 was marked DELAYED (box 19c) and then was updated to PROCEED (box 19d). As the subject was proceeded the NTN purged by law off NICS system midnight the night of the proceed.

In summary, I do not see where the subject was every denied on any of the attached 4473's. The subject was proceeded twice and left in a delayed status on the other three transactions and I can only assume those NTNs were never resolved and thus purged by NICS after 88 days. As the FFL is allowed to transfer the firearm(s) after 3 business days all the transfers were done legally.

I hope that helps.

**Dana Pickles**
**Program Analyst**
**Denial Enforcement & NICS Intelligence Branch**
**US Dept. Of Justice Bureau of ATF**
**304.616.4181**



🖨 Please consider the environment before printing this e-mail.

**From:** Reeves, Carol A. <Carol.Reeves@atf.gov>
**Sent:** Thursday, September 16, 2021 11:38 AM
**To:** Pickles, Dana <Dana.Pickles@atf.gov>
**Cc:** Feuerstein, Stephen V. <Stephen.Feuerstein@atf.gov>
**Subject:** FW: Need help
**Importance:** High

**Dana,**
**Since you are acting for Christine, can you help Stephen?  I can't locate any of**
**the ntn's listed on the forms in ANR as well.**

*Thanks*
*Carol Ann Reeves*

*Sr. Specialist, Denial Enforcement and NICS Intelligence Branch*
*244 Needy Road*
*Martinsburg, WV 25401*
*(304) 616-4182*
*Toll Free Fax (866) 561-2048*
*email:Carol.Reeves@atf.gov*

**From:** Feuerstein, Stephen V. <Stephen.Feuerstein@atf.gov>
**Sent:** Thursday, September 16, 2021 11:33 AM
**To:** Kimes, Christine N. <Christine.Kimes@atf.gov>; Reeves, Carol A. <Carol.Reeves@atf.gov>
**Subject:** Need help

Christine and or Carol, we have a subject here in MT that has had multiple transactions, some
denied, some proceed and some no answer from NICS.  I tried to pull up the Brady reports in ANR
and they must have been purged or not entered as there was a proceed or no action was ever
entered.  The US Attorney has charged the subject and he is claiming that the government never
told him he was prohibited by his DV conviction.  Unfortunately the court issuing the DV conviction
was not a court of record at that time and we have no way of determining if the judge advised of the
prohibition.  As such I am trying to obtain the Brady reports or any of the information that NICS input
into their research on each NTN for each purchase.
Who do I need to contact to help with this?  Is this even a possibility?
I have attached each 4473 which contain the NTN #'s.
Thank you for your help.

Stephen (Steve) Feuerstein
Investigative Analyst (IA)
DFD NICS Coordinator
ATF Billings Field Office
2929 3rd Ave. North Ste. 528
Billings, MT.  59101
Ph.  406-657-9700
Fax.  406-657-9701