# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## TRANSCRIPT ORDER FORM

Use one form per court reporter
**Please read instructions on next page**

| | |
|---|---|
| 1. ATTORNEY NAME<br>MICHAEL DONAHOE | 2. PHONE NUMBER<br>406-449-8381 |
| | 3. EMAIL ADDRESS (for transcript delivery)<br>ashley_ulsher@fd.org |

| | |
|---|---|
| 4. MAILING ADDRESS (including law firm name, if applicable)<br>FEDERAL DEFENDERS OF MONTANA<br>50 W. 14TH STREET, SUITE 1<br>HELENA, MT 59624 | 5. NAME & ROLE OF PARTY REPRESENTED: If not a party, use non-party request form.<br>MICHAEL BLAKE DeFRANCE, DEFENDENT |
| | 6. CASE NAME<br>UNITED STATES v. MICHAEL BLAKE DeFRANCE |
| | 7. DISTRICT COURT CASE NUMBER<br>CR 21-29-M-DLC |

| | |
|---|---|
| 8. COURT REPORTER NAME: Use a separate form for each court reporter.<br>JOANN CORSON | 9. COURT OF APPEALS CASE NUMBER (if applicable) |

10. THIS TRANSCRIPT ORDER IS FOR:

○ APPEAL  ● NON-APPEAL  ☐ CJA  ☐ IN FORMA PAUPERIS (court order attached)

11. TRANSCRIPT REQUESTED: For each transcript requested, please specify the date of the proceeding, the proceeding or partial proceeding requested, the transcript format, and the delivery time. Financial arrangements must be made with the court reporter before transcript is prepared.

| DATE | PROCEEDING<br>If requesting a partial proceeding, specify portion (e.g., witness or time). | PAPER<br>Full Size | PAPER<br>A-Z Word Index | E-MAIL<br>PDF | E-MAIL<br>ASCII | E-MAIL<br>A-Z Word Index | DELIVERY TIME |
|---|---|---|---|---|---|---|---|
| 2/23/2022 | MOTION HEARING | ☐ | ☐ | ✔ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |

12. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| | |
|---|---|
| 13. SIGNATURE<br>s/ MICHAEL DONAHOE | 14. DATE<br>2/24/2022 |