MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
Email:  michael_donahoe@fd.org
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-29-M-DLC |
| Plaintiff, | |
| vs. | DEFENDANT DeFRANCE'S UNOPPOSED MOTION TO SET A BENCH TRIAL |
| MICHAEL BLAKE DeFRANCE, | |
| Defendant. | |

## MOTION

Michael Blake Defrance (Mr. DeFrance), by and through his attorney Michael Donahoe and the Federal Defenders of Montana, hereby requests that the Court set this matter for a bench trial.

Mr. DeFrance has been advised of his right to trial by jury.  Mr. DeFrance has been provided with a waiver form and has signed the waiver of his jury trial rights. That waiver is filed under separate cover (*see* ECF No. 87).

1

## CONTACT WITH OPPOSING COUNSEL

Assistant United States Attorney, Jennifer S. Clark, on behalf of the government, does not oppose this motion.

## CONCLUSION

WHEREFORE, Mr. DeFrance prays the Court will set this case for a bench trial.

RESPECTUFLLY SUBMITTED this 8th day of March, 2022.

/s/ Michael Donahoe
MICHAEL DONAHOE
Deputy Federal Defender
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on March 8, 2022, a copy of the foregoing document was served on the following persons by the following means:

  1    CM-ECF

  2    Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. JENNIFER S. CLARK
   Assistant U.S. Attorney
   U.S. Attorney's Office
   District of Montana
   105 E. Pine, 2nd Fl.
   P.O. Box 8329
   Missoula, MT  59807
         Counsel for the United States of America

2. MICHAEL BLAKE DeFRANCE
         Defendant

/s/ Michael Donahoe
FEDERAL DEFENDERS OF MONTANA

3