# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-29-M-DLC |
| Plaintiff, | |
| vs. | **ORDER** |
| MICHAEL BLAKE DeFRANCE, | |
| Defendant. | |

Mr. DeFrance, having filed a Motion to Set a Bench Trial, there being no objection from the Government and good cause appearing therefor;

**IT IS HEREBY ORDERED** that a bench trial shall be and is hereby scheduled for the _____ day of _____, 2022, at _____ ___.m. in Missoula.

DATED this _____ day of March, 2022.

_____
DANA L. CHRISTENSEN
United States District Court Judge

1