MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
Email: michael_donahoe@fd.org
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 21-29-M-DLC |
|---|---|
| Plaintiff, | |
| vs. | **WRITTEN WAIVER OF JURY TRIAL PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE RULE 23(a)** |
| MICHAEL BLAKE DeFRANCE, | |
| Defendant. | |

COMES NOW the undersigned defendant and, in conformity with the requirements of Fed. R. Crim. P. 23(a), hereby waives his right to a jury trial in this case. Defendant executes and submits this waiver after consultation with counsel. Pursuant to Local Rule of Criminal Procedure 12.2, AUSA Jennifer Clark has been contacted regarding this motion and she confirmed that government does oppose it.

1

## WAIVER OF JURY TRIAL

I, MICHAEL BLAKE DeFRANCE, having fully discussed the pros and cons of a jury trial or a bench trial with my lawyer Michael Donahoe, do hereby waive my rights under the United States Constitution and federal rules and statutes to a jury trial. Furthermore, I expressly request that this matter be tried to Judge Christensen, sitting without a jury.

DATED: 3-2-22

MICHAEL BLAKE DeFRANCE

## CONCLUSION

WHEREFORE, the parties respectfully request a bench trial in this case.

Respectfully submitted this 8th day of March, 2022.

MICHAEL BLAKE DeFRANCE

By: MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on March 8, 2022, a copy of the foregoing document was served on the following persons by the following means:

__1__      CM-ECF

__2__      Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. JENNIFER S. CLARK
   Assistant U.S. Attorney
   U.S. Attorney's Office
   District of Montana
   105 E. Pine, 2nd Fl.
   P.O. Box 8329
   Missoula, MT 59807
       Counsel for the United States of America

2. MICHAEL BLAKE DeFRANCE
       Defendant

                          /s/ Michael Donahoe
                          FEDERAL DEFENDERS OF MONTANA