IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–29–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL BLAKE DEFRANCE, | |
| Defendant. | |

    Defendant Michael Blake DeFrance has filed a motion to set a bench trial in this matter. (Doc. 86.) The motion states that the United States does not oppose the motion. (*Id.* at 2.) Mr. DeFrance's written waiver of his right to a jury trial, however, states that the United States "does oppose" Mr. DeFrance's motion. (Doc. 87.)

    Accordingly, IT IS ORDERED that the United States shall file a response to this Order indicating whether it opposes Mr. DeFrance's motion to set a bench trial by 5:00 p.m. on March 9, 2022.

    DATED this 8th day of March, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1