**JENNIFER S. CLARK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine, 2nd Floor**
**Missoula, MT  59802**
**Phone:  (406) 542-8851**
**FAX:  (406) 542-1476**
**E-mail:  Jennifer.Clark2@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **MICHAEL BLAKE DEFRANCE,**  Defendant. | CR 21-29-M-DLC  **RESPONSE TO ORDER REGARDING BENCH TRIAL – NO OBJECTION** |

On March 8, 2022, this Court issued an order directing the United States to file a response to clarify whether or not it objects to the Defendant's request to set a bench trial in the above matter.  (Doc. 88).

1

The United States does not object to this Court setting this matter for a bench trial.

DATED this 8th day of March, 2022.

                LEIF JOHNSON
                United States Attorney

                */s/ Jennifer S. Clark*
                JENNIFER S. CLARK
                Assistant U.S. Attorney