IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–29–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL BLAKE DEFRANCE, | |
| Defendant. | |

Before the Court is Defendant Michael Blake DeFrance's Unopposed Motion to Set a Bench Trial. (Doc. 86.) The motion requests that the Court set this matter for a bench trial and states that Mr. DeFrance has been advised of his right to trial by jury and has signed a written waiver of his jury trial rights (Doc. 87). (Doc. 86 at 1.) The United States does not oppose the motion. (Doc. 89.)

Accordingly, IT IS ORDERED that the motion (Doc. 86) is GRANTED. This matter will be set for a bench trial at a date and time to be determined after the Court rules on all pending motions (Docs. 34, 36, 69).

DATED this 8th day of March, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1