# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BLAKE DeFRANCE,<br><br>Defendant. | CR 21-29-M-DLC<br><br><br><br>**ORDER** |

Mr. DeFrance, having filed an Unopposed Motion to Continue Trial and Trial Brief Deadline and Set Scheduling Conference, there being no objection from the Government and good cause appearing therefor;

**IT IS HEREBY ORDERED** that a telephonic scheduling conference to discuss a new trial date and schedule will be set for_____.

DATED this _____ day of May, 2022.

_____
DANA L. CHRISTENSEN
United States District Court Judge

1