MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
Email:  michael_donahoe@fd.org
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BLAKE DeFRANCE,<br><br>Defendant. | CR 21-29-M-DLC<br><br>**DEFENDANT DeFRANCE'S BRIEF IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL AND TRIAL BRIEF DEADLINE AND SET SCHEDULING CONFERENCE** |

## INTRODUCTION

Mr. DeFrance has moved the Court to continue the trial date and trial brief deadline and to set a scheduling conference.  This brief supports that motion.

## LEGAL AUTHORITY GOVERNING A CONTINUANCE MOTION

In the Ninth Circuit a request to continue a criminal trial is most often resolved by consideration of four factors: Diligence, Usefulness, Inconvenience and

1

Prejudice. *See e.g., Armant v. Marquez*, 772 F.2d 552, 557 (9th Cir. 1985). We address these points briefly.

**Diligence**

The parties have been diligent throughout the pretrial phase of this case. Motions were timely filed, and the Court set a prompt hearing. Presently, Mr. DeFrance's trial conflicts with another scheduled trial. Some additional time for preparation of Mr. DeFrance's trial brief is also necessary.

**Usefulness**

The continuance will be particularly useful because of the previously described conflict with this Court's concurrently scheduled jury trial in *United States v. Tara Ann Gallagher*, CR 21-43-M-DLC.

**Inconvenience**

Although interruption of the Court's schedule is not something done without careful consideration, it does not appear in this instance that any inconvenience will be suffered by the parties or the Court.

**Prejudice**

Mr. DeFrance only seeks to complete effective pretrial preparation and avoid a logistical conflict. It would be prejudicial to Mr. DeFrance for the Court not to reschedule trial and grant additional time for preparation of trial briefs.

## **CONCLUSION**

WHEREFORE, the defense prays the continuance of trial and the trial brief deadline will be granted and that the Court will set a scheduling conference.

RESPECTFULLY SUBMITTED this 27th day of May, 2022.

                                    /s/ Michael Donahoe
                                    MICHAEL DONAHOE
                                    Deputy Federal Defender
                                    Counsel for Defendant

# CERTIFICATE OF COMPLIANCE

I hereby certify that this Brief is in compliance with Local Rule 47.2. The brief's line spacing is double-spaced, and is proportionately spaced, with a 14-point font size and contains less than 6,500 words. (Total number of words: 247, excluding tables and certificates).

RESPECTFULLY SUBMITTED this 27th day of May, 2022.

/s/ Michael Donahoe
MICHAEL DONAHOE
Deputy Federal Defender
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on May 27, 2022, a copy of the foregoing document was served on the following persons by the following means:

    1       CM-ECF

    2       Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. JENNIFER S. CLARK
   Assistant United States Attorney
   United States Attorney's Office
   105 E. Pine, 2nd Floor
   P.O. Box 8329
   Missoula, MT 59807
       Counsel for the United States of America

2. MICHAEL BLAKE DeFRANCE
       Defendant

                           /s/ Michael Donahoe
                           FEDERAL DEFENDERS OF MONTANA