MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
Email: michael_donahoe@fd.org
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-29-M-DLC |
| Plaintiff, | |
| vs. | SPEEDY TRIAL WAIVER |
| MICHAEL BLAKE DeFRANCE, | |
| Defendant. | |

MICHAEL BLAKE DeFRANCE, the above-named Defendant, after being informed by counsel that he has a right to a speedy trial guaranteed by the Sixth Amendment to the United States Constitution and 18 U.S.C. § 3161 et. seq., hereby waives his right to a speedy trial through and including August 15, 2022.

///

///

DATED this 31 day of May, 2022.

MICHAEL BLAKE DeFRANCE
Defendant


/s/ Michael Donahoe
MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Counsel for Defendant

Federal Defenders of Montana
125 Bank Street, Suite 710
Missoula, Montana 59802
(406) 721-6749

2