MyChart - Visit Summary

Name: Thomas Vincent de France | DOB: 7/11/2014 | MRN: 60004625287 | PCP: Shaina J. Rogers, DO

# Progress Notes

## Shaina Rogers at 06/03/22 1500

**PATIENT NAME**:         Thomas Vincent de France

**DOB**:        7/11/2014:

**AGE**:        7 y.o.

**ENCOUNTER DATE**: 6/3/2022



**Shaina J. Rogers, DO**

**(406) 327-7337 (Office)**
**(406) 327-7373 (fax)**

### CURRENT ASSESSMENT AND PLAN

**Follow-up exam**
Thomas is clinically doing well. I do not see any evidence of serious injury or concerns at this time
-Growth parameters tracking
-Imms up-to-date
-Exam is reassuring
-Next well visit at 8 years of age
-Plan discussed with his parents, who expressed understanding and agreement
-Told to call the clinic with questions or concerns

**Murmur, cardiac**
Reviewed cardiology note from 5/11/22, which states that Thomas has a structurally and functionally normal heard
-His murmur is an innocent one, most consistent with a Still's murmur
-He requires no restrictions or medications from a cardiac perspective
-SBE prophylaxis is not indicated
-Follow-up with cardiology is not necessary unless there are additional concerns in the future
-Will clinically follow

## 1. Follow-up exam

## 2. Murmur, cardiac

### FOLLOWUP
Return if symptoms worsen or fail to improve.

### MEDICATION ADJUSTMENTS
**New Prescriptions**
  No medications on file

SEALED EXHIBIT A - Page 1

There are no discontinued medications.

## NEW ORDERS

No orders of the defined types were placed in this encounter.

===============================================

## HISTORY OF PRESENT ILLNESS:

7 y.o. male presents with parents for evaluation following CPS inquiry. CPS came to the school yesterday and interviewed both Thomas and his brother Jacob. CPS also reportedly called the boys' father to inform him that they got a report from the school that the boys had serious injuries. Parents are not certain where this report came from. Parents were surprised by this, as they have not seen any serious injuries and they do not have any concerns about Thomas' health. Parents' lawyer advised them to come here and be evaluated to show that he is clinically doing well.

Thomas does have a cut on the left arm that is healing well. Parents found him curious with one of their razors, and he had accidentally cut his arm. It is healing well. Parents are concerned that one of the injuries concerning the school was a black eye that he had in March 2022. He sustained this injury while he was at school swinging on the swings at school and hit his head on the bar of the swing set. His teacher is reportedly writing a note confirming that that particular injury occurred while Thomas was at school.

Thomas has generally been healthy. He is acting normally. He has not reported any bullying or anyone hurting him. He is actually doing better with eating more fruits and vegetables. No issues with voiding or stooling. No fever or current illness. No other concerns or complaints

## REVIEW OF MEDICAL HISTORY:

Patient's medications, allergies, past medical, surgical, social and family histories were reviewed and updated as appropriate.

## REVIEW OF SYSTEMS:

Review of Systems
Constitutional: Negative for fever.
HENT: Negative for congestion and rhinorrhea.
Respiratory: Negative for cough.
Gastrointestinal: Negative for diarrhea and vomiting.
Genitourinary: Negative for decreased urine volume.
Skin: Negative for rash.
Hematological: Does not bruise/bleed easily.

## OBJECTIVE:

BP 94/50  | Pulse 86  | Temp (!) 36.4 °C (97.6 °F) (Temporal)  | Resp (!) 16  | Ht 1.331 m (4' 4.4")  | Wt 28.5 kg (62 lb 13.3 oz)  | SpO2 98%  | BMI 16.09 kg/m²

Physical Exam

**Constitutional:** awake and alert in no acute distress
**Head:** normocephalic, atraumatic
**Eyes:** extraocular movements intact, symmetric corneal light reflexes, sclera/conjunctiva normal, bilateral red reflexes
**Ears:** tympanic membranes clear bilaterally
**Nose / Mouth:** nasal septum midline, no nasal discharge, mucosa pink without significant lesions, clear oropharynx, no gingival inflammation
**Neck:** supple, no lymphadenopathy

SEALED EXHIBIT A - Page 2

**Heart:** regular rate and rhythm, II/VI vibratory systolic murmur heard at LMSB, normal S1 and S2, diastole silent, no gallops or rubs, 2+ femoral pulses
**Lungs:** clear to auscultation bilaterally with no rhonchi, rales or wheezes
**Abdomen:** soft, nontender, no masses, no organomegaly
**GU:**  normal male external genitalia, testicles descended bilaterally
**Ext / MSK:** warm and well perfused, symmetrical movement and musculature
**Skin:** no rashes, small healing cut on the left arm, less than 1cm in length, couple of scattered bruises on shins
**Neuro:** no focal deficits, normal tone and strength, grossly normal cognition and mobility for age

Signed by:      *Shaina J. Rogers, DO*

Portions of this chart may have been created with voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software. Read the chart carefully and recognize, using context, where these substitutions have occurred.

CMA Wendy W at 06/03/22 1500
Patient is here with mother and father for a f/u to CPS visit for possible injuries reported by the school.

## Patient Instructions

Shaina Rogers at 06/03/22 1500
Please call with any additional questions or concerns. Thanks!

MyChart® licensed from Epic Systems Corporation © 1999 - 2022

SEALED EXHIBIT A - Page 3