6/3/2022

To Whom It May Concern,

I am the first grade teacher of Thomas DeFrance that attends DeSmet School. This letter is to confirm an incident that happened during recess in the beginning of March. My students were coming in from recess when a staff member notified me that Thomas is in the nurse's office and will join class later. The staff member let me know that Thomas was playing and hit the side of his face / eye on a pole. When Thomas entered my classroom, he had ice on his eye. When I saw his eye, it was swollen shut with no lacerations but the onset of bruising was existent. His eye continued to bruise and swell throughout the day. When I walked Thomas out to be picked up I let dad know what had happened. Thomas' eye continued to close and bruise the following days coming to school until it healed a few weeks later.

If you have any further questions, please feel free to reach out to me.

Sincerely,
Beth Vibbert
*[signature: Beth Vibbert]*
406-546-1221