**TIMOTHY J. RACICOT**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front Street, Suite 401
Missoula, MT 59802
Phone:   (406) 542-8851
FAX:     (406) 542-1476
Email:   Tim.Racicot2@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 21-29-M-DLC |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE OF CO-COUNSEL |
| vs. | |
| MICHAEL BLAKE DEFRANCE, | |
| Defendant. | |

Notice is hereby given to the Court and opposing counsel that for all further proceedings counsel for the United States in the above case will include Timothy J. Racicot, Assistant U.S. Attorney, P.O. Box 8329, Missoula, Montana 59807, telephone: 406-542-8851, fax: 406-542-1476.

Respectfully submitted this 12th day of July, 2022.

JESSE A. LASLOVICH
United States Attorney


*/s/ Timothy J. Racicot*
Assistant U.S. Attorney
Attorney for Plaintiff