MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
Email: michael_donahoe@fd.org
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR 21-29-M-DLC** |
| Plaintiff, | |
| vs. | **DEFENDANT DeFRANCE'S OPPOSED MOTION TO VACATE TRIAL DATE TO ALLOW FOR APPEAL OR IN THE ALTERNATIVE WRIT OF MANDAMUS APPLICATION TO BE FILED IN THE NINTH CIRCUIT** |
| MICHAEL BLAKE DeFRANCE, | |
| Defendant. | |

## MOTION

COMES NOW Defendant, Mr. DeFrance, by and through his counsel of record, Michael Donahoe, and the Federal Defenders of Montana, and respectfully moves the Court to vacate the bench trial currently set to take place on Monday, August 15, 2022, in Missoula, and to reset it, if necessary, sometime after the intended Ninth Circuit matters are resolved. Mr. DeFrance recognizes that all time consumed by

1

his appeal is excludable time under both the Speedy Trial Act and the Sixth Amendment. *See* 18 USC §3161(h)(1)(C) (any period of delay resulting from any interlocutory appeal is excludable time).

## CONTACT WITH OPPOSING COUNSEL

Government counsel, Jennifer S. Clark and Timothy J. Racicot, oppose this motion on behalf of the United States.

## CONCLUSION

WHEREFORE, based on this motion and the brief that supports it, Mr. DeFrance prays the Court will vacate the bench trial currently set for August 15, 2022, and reset it after the Ninth Circuit proceedings have resolved, if necessary.

RESPECTFULLY SUBMITTED this 2nd day of August, 2022.

/s/ Michael Donahoe
MICHAEL DONAHOE
Deputy Federal Defender
Counsel for Defendant

**CERTIFICATE OF SERVICE**
**L.R. 5.2(b)**

I hereby certify that on August 2, 2022, a copy of the foregoing document was

served on the following persons by the following means:

   1       CM-ECF

   2       Mail

1.     CLERK, UNITED STATES DISTRICT COURT

1.     JENNIFER S. CLARK
        TIMOTHY J. RACICOT
        Assistant United States Attorneys
        United States Attorney's Office
        105 E. Pine, 2nd Floor
        P.O. Box 8329
        Missoula, MT  59807
            Counsel for the United States of America

2.     MICHAEL BLAKE DeFRANCE
        Defendant

                     /s/ Michael Donahoe
                     FEDERAL DEFENDERS OF MONTANA

3