MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
Email: michael_donahoe@fd.org
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR 21-29-M-DLC** |
| Plaintiff, | **NOTICE OF APPEAL FROM DISTRICT COURT ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION (ECF No. 111) AND SUBSEQUENT ORDER DENYING MOTION TO VACATE TRIAL DATE TO ALLOW FOR APPEAL OR, IN THE ALTERNATIVE, WRIT OF MANDAMUS APPLICATION (ECF No. 117)** |
| vs. | |
| MICHAEL BLAKE DeFRANCE, | |
| Defendant. | |

### NOTICE

COMES NOW Michael Blake DeFrance (Mr. DeFrance) and hereby gives

notice of his appeal to the Ninth Circuit Court of Appeals from the orders entered by

the United States District Court in and for the District of Montana on July 26, 2022,

1

denying Mr. DeFrance's Motion for Leave to File Motion for Reconsideration and "RESERVING RULING as to the legal issues raised in the motion" (ECF No. 111); and on August 3, 2022, denying Mr. DeFrance's Motion to Vacate Trial Date to Allow for Appeal or, in the alternative, Writ of Mandamus Application (ECF No. 117).

RESPECTFULLY SUBMITTED this 4th day of August, 2022.

/s/ Michael Donahoe
MICHAEL DONAHOE
Deputy Federal Defender
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on August 4, 2022, a copy of the foregoing document was

served on the following persons by the following means:

___1___ CM-ECF

___2___ Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. JENNIFER S. CLARK
   TIMOTHY J. RACICOT
   Assistant United States Attorneys
   United States Attorney's Office
   105 E. Pine, 2nd Floor
   P.O. Box 8329
   Missoula, MT  59807
           Counsel for the United States of America

2. MICHAEL BLAKE DeFRANCE
           Defendant

                                      /s/ Michael Donahoe
                                      FEDERAL DEFENDERS OF MONTANA