**JENNIFER S. CLARK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**Email: Jennifer.Clark2@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **MICHAEL BLAKE DEFRANCE,**  Defendant. | CR 21-29-M-DLC  **UNITED STATES' OPPOSED MOTION TO MAINTAIN TRIAL DATE** |

The United States, represented by Jennifer S. Clark, Assistant U.S. Attorney for the District of Montana, respectfully moves this Court to maintain the trial date set for August 15, 2022. The United States asserts that the filing of the notice of appeal does not divest this Court of jurisdiction to proceed to trial. A brief in support of this motion will be filed.

1

Michael Donahoe has been contacted and opposes this motion.

DATED this 5th day of August, 2022.

                                        JESSE A. LASLOVICH
                                        United States Attorney

                                        */s/ Jennifer S. Clark*
                                        JENNIFER S. CLARK
                                        Assistant U.S. Attorney

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule, this certifies that the body of the attached motion contains 72 words, excluding the caption and certificate of compliance.

DATED this 5th day of August, 2022.

                                              */s/ Jennifer S. Clark*
                                              Assistant U.S. Attorney
                                              Attorney for the Plaintiff