MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
Email: michael_donahoe@fd.org
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BLAKE DeFRANCE,<br><br>Defendant. | CR 21-29-M-DLC<br><br>DEFENDANT DeFRANCE'S NOTICE OF INTENT AND UNOPPOSED REQUEST FOR NO RULING UNTIL RESPONSE IS FILED |

## NOTICE

The government has filed a motion to maintain the trial date regarding jurisdiction (ECF No. 120). We respectfully give notice that the defense will respond to this motion on or before close of business on Tuesday, August 9, 2022, and we would appreciate the Court not ruling before our response is filed.

1

## CONTACT WITH OPPOSING COUNSEL

Assistant United States Attorney, Jennifer S. Clark, has no objection to this notice or our request.

RESPECTFULLY SUBMITTED this 5th day of August, 2022.

/s/ Michael Donahoe
MICHAEL DONAHOE
Assistant Federal Defender
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on August 5, 2022, a copy of the foregoing document was served on the following persons by the following means:

__1__        CM-ECF

__2__        Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. JENNIFER S. CLARK
   TIMOTHY J. RACICOT
   Assistant United States Attorneys
   United States Attorney's Office
   105 E. Pine, 2nd Floor
   P.O. Box 8329
   Missoula, MT  59807
       Counsel for the United States of America

2. MICHAEL BLAKE DeFRANCE
       Defendant

                                      /s/ Michael Donahoe
                                      FEDERAL DEFENDERS OF MONTANA