# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## TRANSCRIPT DESIGNATION AND ORDERING FORM
*Please read instructions.*

| | | |
|---|---|---|
| **1. NAME** Jennifer S. Clark | **2. PHONE NUMBER** 406-542-8851 | **3. DATE** 8/29/2022 |
| **4. MAILING ADDRESS** P.O. Box 8329 | **5. E-MAIL ADDRESS** jennifer.clark2@usdoj.gov | **6. CITY** Missoula  **7. STATE** MT |
| **8. ZIP CODE** 59807 | **9. JUDGE** Christensen | **10. CASE NAME** US v. Michael Blake Defrance |
| **11. U.S. DISTRICT COURT CASE NUMBER** CR 21-00029-M-DLC | **12. COURT OF APPEALS CASE NUMBER** | |

**13. ORDER FOR**

☑ APPEAL   ☑ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL   ☐ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER - Specify

**14. TRANSCRIPT REQUESTED** - Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.

| PORTIONS | DATE(S) | REPORTER | PORTIONS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| Change of Plea | | | Closing Argument - Plaintiff | | |
| Pre-trial Proceeding | | | Closing Argument - Defendant | | |
| Voir Dire | | | Settlement Instructions | | |
| Opening Statement - Plaintiff | | | Jury Instructions | | |
| Opening Statement - Defendant | | | Sentencing | | |
| Testimony - Specify Witness | | | Other - Specify  Motion Hearing | 9/13/2021 | Stacy Baldwin |

**15. ORDER**

| CATEGORY | ORIGINAL Includes certified copy to clerk for records of the Court | FIRST COPY to each party | ADDITIONAL COPIES to same party | Paper | Electronic Specify File Format |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | $3.65/page ☐ | $.90/page ☑ | $.60 page ☐ | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☑ PDF |
| 14-Day | $4.25/page ☐ | $.90/page ☐ | $.60/page ☐ | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |
| 7-Day | $4.85/page ☐ | $.90/page ☐ | $.60/page ☐ | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |
| 3-Day | $5.45/page ☐ | $1.05/page ☐ | $.75/page ☐ | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |
| DAILY | $6.05/page ☐ | $1.20/page ☐ | $.90/page ☐ | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |
| HOURLY | $7.25/page ☐ | $1.20/page ☐ | $.90/page ☐ | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |

FORMAT REQUESTED — Each format is billed as a separate transcript copy.

**16. & 17. CERTIFICATE OF SERVICE, DISTRIBUTION and PAYMENT**

**E-file this form with the clerk's office, mail to opposing counsel if they are not electronic filers and serve the court reporter.**
If payment is authorized under CJA, complete CJA 24 form through box 15 and attach to this order when e-filing.
Financial arrangements must be made with the court reporter before transcript is prepared.

I certify that this form has been served on the court reporter this date: 8/29/2022    Attorney signature: /s/ Jennifer S. Clark

Revised: 4/2/18