# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-29-M-DLC |
| Plaintiff, | |
| vs. | **ORDER** |
| MICHAEL BLAKE DeFRANCE, | |
| Defendant. | |

The defense moves to permit the conventional filing of two recordings and the transcripts under seal. There being no objection from the Government and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the motion is GRANTED. The recordings and transcripts shall be conventionally filed with the Court *under seal* and copies of the same shall be provided to government counsel.

DATED this _____ day of October, 2022.

_____
DANA L. CHRISTENSEN
United States District Court Judge