IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–29–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL BLAKE DEFRANCE, | |
| Defendant. | |

Before the Court is Defendant Michael Blake DeFrance's Unopposed Motion to Permit Conventional Filings of Recordings and Transcripts Under Seal. (Doc. 133.)  The motion requests leave to file two recorded phone calls and transcripts of the same, which have been designated as Sensitive Material, under seal so that the Ninth Circuit may reference those items.  (*Id.* at 1–2.)  The United States has no objection.  (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 133) is GRANTED. Mr. DeFrance may conventionally file the recordings and transcripts under seal and copies of the same shall be provided to government counsel.

DATED this 19th day of October, 2022.

Dana L. Christensen, District Judge
United States District Court