IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–29–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL BLAKE DEFRANCE, | |
| Defendant. | |

Before the Court is Defendant Michael Blake DeFrance's Unopposed Motion for Scheduling Conference to Set Trial Date. (Doc. 135.) The motion states that the Ninth Circuit Court of Appeals has dismissed Mr. DeFrance's appeal on jurisdictional grounds and requests that the Court set a scheduling conference so that the trial in this matter may be set with sufficient time for counsel to prepare. (*Id.* at 1–2.) The United States does not object. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 135) is GRANTED. The Court shall hold a telephonic conference at 1:30 p.m. on February 22, 2023. The parties shall call 1-669-254-5252. When prompted, enter the Meeting ID 160 1303 0341, followed by # #.

DATED this 16th day of February, 2023.

_____
Dana L. Christensen, District Judge
United States District Court