**Jennifer S. Clark**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**101 E. Front Street, Suite 401**
**Missoula, MT 59802**
**Phone:   (406) 542-8851**
**FAX:   (406) 542-1476**
**Email:   Jennifer.Clark2@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **MICHAEL BLAKE DEFRANCE,** Defendant. | **CR 21-29-M-DLC** **WITHDRAWAL OF MOTION FOR DEPOSITION TO PRESERVE TESTIMONY** |

The United States of America, by and through Jennifer S. Clark, Assistant U.S. Attorney for the District of Montana, withdraws the motion for deposition to preserve testimony filed as document 145 as it contained errors.   The United States will file a corrected motion.

Respectfully submitted this 7th day of March, 2023.

JESSE A. LASLOVICH
United States Attorney

*/s/ Jennifer S. Clark*
Assistant U.S. Attorney
Attorney for Plaintiff