# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 7, 2023

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Michael Blake DeFrance
            v. United States
            No. 22-6956
            (Your No. 22-30131)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on March 1, 2023 and placed on the docket March 7, 2023 as No. 22-6956.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst