

|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 17 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Appellee,<br><br>　v.<br><br>MICHAEL BLAKE DEFRANCE,<br><br>　　　　　Defendant-Appellant. | No.　22-30131<br><br>D.C. No. 9:21-cr-00029-DLC-1<br>District of Montana,<br>Missoula<br><br>ORDER |

Before:　FERNANDEZ, FRIEDLAND, and H.A. THOMAS, Circuit Judges.

Appellant's unopposed motion (Docket Entry No. 17) to stay issuance of the mandate is denied. *See* Fed. R. App. P. 41(d). The Clerk will issue the mandate forthwith.