IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–29–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL BLAKE DEFRANCE, | |
| Defendant. | |

Before the Court is the parties' Joint Motion to Allow Witnesses to Appear by Microsoft Teams at Trial.  (Doc. 164.)  The motion seeks leave for Dana Pickles and Brian A. Barker to appear by Microsoft Teams at trial because both witnesses reside in West Virginia and are unable to travel to Montana to testify in-person.  (*Id.* at 2.)  The Court has been informed that these witnesses are unable to utilize Zoom because of restrictions on their employer-provided devices, and the Court's technological staff has confirmed that appearance by Teams is possible and has been making arrangements with counsel for the parties to coordinate this testimony.  The motion further states that Dana Pickles can testify at 9:00 a.m. on April 27, 2023, and Brian A. Barker can testify at 9:30 a.m. on April 27.  (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 164) is GRANTED. Court staff will continue to coordinate with the parties regarding these witnesses'

testimony.

DATED this 20th day of April, 2023.

Dana L. Christensen, District Judge
United States District Court