# WITNESS LIST
# UNITED STATES OF AMERICA

| UNITED STATES OF AMERICA,<br><br>vs.<br><br>MICHAEL BLAKE DEFRANCE | | District Court<br><br>MONTANA, MISSOULA DIVISION |
|---|---|---|
| **Plaintiff's Attorneys**<br>Jennifer S. Clark<br>Timothy J. Racicot | **Defendant's Attorney**<br>Michael Donahoe | **Docket Number**<br>CR 21-29-M-DLC<br><br>**Trial Date**<br>April 26, 2023 |
| **Presiding Judge**<br>Honorable Dana L. Christensen | **Court Reporter**<br>JoAnn Corson | **Courtroom Deputy**<br>Amanda Goodwin |

|   | Date Plaintiff's Behalf | Date Defendant's Behalf | Witness |
|---|---|---|---|
| 1 | 4/26/23 |  | Robyn Largent |
| 2 | 4/26/23 |  | Honorable Donald Strine – Retired Sanders County Justice of the Peace |
| 3 | 4/26/23 |  | Joel Christensen – Cash 1 Pawn |
| 4 | 4/26/23 |  | Guy Baker – FBI TFO |
| 5 | 4/26/23 |  | Danielle Matt |
| 6 | 4/26/23 |  | Jennifer Morigeau |
| 7 |  |  | Vicki Velarde |
| 8 | 4/26/23 |  | Valenda Morigeau |

| 9 | 4/26/23 | | Nathan Morigeau |
|---|---|---|---|
| 10 | | | Special Agent Tom Hess |