# WITNESS LIST ON BEHALF OF DEFENDANT, MICHAEL BLAKE DeFRANCE

*UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL BLAKE DEFRANCE, Defendant.*
Case No. CR 21-29-M-DLC

## MR. DeFRANCE ANTICIPATES CALLING THE FOLLOWING WITNESSES

|  | Date of Testimony | On behalf of the Plaintiff (P) or Defendant (D) | Witness |
|---|---|---|---|
| 1 | 4/26/2023 |  | Shane Bartschi |
| 2 | 4/26/2023 |  | Claudette Bird |
| 3 |  |  | Robyn F. Largent |
| 4 | 4/26/2023 |  | William "Bill" Brown |
| 5 |  |  | Donald M. Strine |
| 6 | 4/26/2023 |  | Kirk Krutilla |
| 7 | 4/27/2023 |  | Stephen Feuerstein |
| 8 | 4/27/2023 |  | Dana Pickles |
| 9 | 4/27/2023 |  | Brian A. Barker |
| 10 |  |  | Jennifer Morigeau |
| 11 |  |  | Valenda Morigeau |

| | | | |
|---|---|---|---|
| 12 | | | Danielle Matt/Garcia |
| 13 | | | Vicki Velarde |
| 14 | | | David Velarde |
| 15 | 4/26/2023 | | Christian Woody |
| 16 | 4/26/2023 | | Colton Monarco |
| 17 | 4/26/2023 | | Jocelyn M. Stevens |
| 18 | 4/27/2023 | | Shawn DeFrance |
| 19 | 4/27/2023 | | Jennifer DeFrance |
| 20 | | | Detective Guy Baker |