# EXHIBITS ON BEHALF OF: UNITED STATES OF AMERICA

# PLAINTIFF ANTICIPATES OFFERING THE FOLLOWING EXHIBITS

# CASE NAME: UNITED STATES OF AMERICA v. MICHAEL BLAKE DEFRANCE

# CASE NO. 21-29-M-DLC

| EX # | DATE ADMITTED | DATE OF OBJECTION | DESCRIPTION OF EXHIBIT | WITNESS | STIPULATED ADMISSIBLE | STIPULATED FOUNDATION | STIPULATED AUTHENTIC |
|---|---|---|---|---|---|---|---|
| 1 | 4/26/2023 | | Notice to Appear and Complaint, Sanders County Ticket C35A 35425, dated April 14, 2013, issued to Michael Blake DeFrance | Honorable Donald Strine | | | |
| 2 | 4/26/2023 | | Initial Appearance/Arraignment in Sanders County Justice Court case number TK-2013-342, State of Montana v. Michael Blake Defrance | Honorable Donald Strine | | | |
| 3 | 4/26/2023 | | Order and Conditions of Release Acknowledgment for Michael Blake DeFrance in Sanders County Justice Court case number TK-2013-342 | Honorable Donald Strine | | | |
| 4 | 4/26/2023 | | Plea Agreement in Sanders County Justice Court case number TK-2013-342, State of Montana v. Michael Blake DeFrance | Honorable Donald Strine | | | |
| 5 | 4/26/2023 | | Waiver of rights and entry of guilty plea for Michael Blake DeFrance, dated May 6, 2013 | Honorable Donald Strine | | | |
| 6 | 4/26/2023 | | ATF Form 4473 dated February 4, 2015, at Cash 1 Pawn, Missoula for Michael Blake DeFrance | Joel Christensen | | | |
| 7 | 4/26/2023 | | ATF Form 4473 dated September 22, 2016, at Cash 1 Pawn, Missoula for Michael Blake DeFrance | Joel Christensen | | | |

| EX # | DATE ADMITTED | DATE OF OBJECTION | DESCRIPTION OF EXHIBIT | WITNESS | STIPULATED ADMISSIBLE | STIPULATED FOUNDATION | STIPULATED AUTHENTIC |
|---|---|---|---|---|---|---|---|
| 8 | 4/26/2023 | | ATF Form 4473 dated February 24, 2018, at Cash 1 Pawn, Missoula for Michael Blake DeFrance | Joel Christensen | | | |
| 9 | 4/26/2023 | | ATF Form 4473 dated March 2, 2018, at Cash 1 Pawn, Missoula for Michael Blake DeFrance | Joel Christensen | | | |
| 10 | 4/26/2023 | | ATF Form 4473 dated August 25, 2018, at Cash 1 Pawn, Missoula for Michael Blake DeFrance | Joel Christensen | | | |
| 11 | 4/26/2023 | | Photo of Smith & Wesson Lady Smith, SN DAW6108 | TFO Guy Baker | | | |
| 12 | 4/26/2023 | | Photo of Smith & Wesson Lady Smith, SN DAW6108 | TFO Guy Baker | | | |
| 13 | 4/26/2023 | | Photo of Smith & Wesson Lady Smith, SN DAW6108 | TFO Guy Baker | | | |
| 14 | 4/26/2023 | | Photo of Remington 770 Rifle, SN M71863512 | TFO Guy Baker | | | |
| 15 | 4/26/2023 | | Photo of Remington 770 Rifle, SN M71863512 | TFO Guy Baker | | | |
| 16 | 4/26/2023 | | Photo of Keystone Arms .22 rifle, SN208343 | TFO Guy Baker | | | |
| 17 | 4/26/2023 | | Photo of Keystone Arms .22 rifle, SN208343 | TFO Guy Baker | | | |
| 18 | 4/26/2023 | | Recording of Michael DeFrance interview 10/2/2018 | TFO Guy Baker | | | |
| 19 | 4/26/2023 Provisionally admitted | 4/26/2023 | Jermain Charlo, *First blog*, YouTube (Sept. 2, 2013), https://www.youtube.com/watch?v=5_Ik6BgngwE | TFO Guy Baker | | | |
| 20 | 4/26/2023 Provisionally admitted | 4/26/2023 | Jermain Charlo, *Second day, kind of boring…*, YouTube, (Sept. 3, 2013), https://www.youtube.com/watch?v=evtZL7YNbH0 | TFO Guy Baker | | | |

| EX # | DATE ADMITTED | DATE OF OBJECTION | DESCRIPTION OF EXHIBIT | WITNESS | STIPULATED ADMISSIBLE | STIPULATED FOUNDATION | STIPULATED AUTHENTIC |
|---|---|---|---|---|---|---|---|
| 21 | | | Jermain Charlo, *Day 3 wake up call,* YouTube (Sept. 4, 2013), https://www.youtube.com/watch?v=DCswPqId9Zk | TFO Guy Baker | | | |
| 22 | | | Photo of Dixon Agency residences | TFO Guy Baker | | | |