# TRIAL EXHIBITS ON BEHALF OF DEFENDANT, MICHAEL BLAKE DeFRANCE

*UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL BLAKE DEFRANCE, Defendant.*
Case No. CR 21-29-M-DLC

## MR. DeFRANCE ANTICIPATES OFFERING THE FOLLOWING EXHIBITS

| Exhibit No. | Date Admitted | Date of Objection | Description of Exhibit | Witness(s) | Stipulated Admissible |
|---|---|---|---|---|---|
| **500** | | | Findings of Fact, Conclusions of Law, and Order And Judgment (dated February 15, 2018 from Tribal Court of the Confederated Salish and Kootenai Tribes of the Flathead Reservation, Pablo, MT) | Judicial Notice | |
| **501** | | | Parenting Plan and Child Support Order (dated February 19, 2018 from Tribal Court of the Confederated Salish and Kootenai Tribes of the Flathead Reservation, Pablo, MT) | Judicial Notice | |
| **502** | 4/26/2023 | | Jermain Charlo's 2008-2009 (8th Grade); partial 2010-2011 (10th Grade); 2012-2013 (11th Grade); and 2013-2014 (12th Grade) Two Eagle River School Records | Claudette Bird | |

| Exhibit No. | Date Admitted | Date of Objection | Description of Exhibit | Witness(es) | Stipulated Admissible |
|---|---|---|---|---|---|
| 503 | | | Spotify Original "S*tolen*" Podcast Transcripts re: Disappearance of Jermain Charlo | Guy Baker | |
| 504 | 4/26/2023 | | April 14, 2013, Audio Recording of Deputy Robyn F. Largent's Interview of Jermain Charlo | Robyn F. Largent | |
| 505 | 4/26/2023 | | April 14, 2013, Transcription of Audio-Recording of Deputy Robyn F. Largent's Interview of Jermain Charlo | Robyn F. Largent | |
| 506 | | | September 30, 2021, Audio Recording of Detective Guy Baker's Interview of Vicki Velarde | Guy Baker | |
| 507 | | | September 30, 2021, Transcription of Audio-Recording of Detective Guy Baker's Interview of Vicki Velarde | Guy Baker | |
| 508 | | | Mr. DeFrance's ATF 4473 Forms | Brian A. Barker<br>Steven Feuerstein<br>Dana Pickles | |

| Exhibit No. | Date Admitted | Date of Objection | Description of Exhibit | Witness(es) | Stipulated Admissible |
|---|---|---|---|---|---|
| 509 | 4/27/2023 | | *Sealed* Email Chain (ECF No. 63) between Stephen Feuerstein, Dana Pickles, and Jennifer Clark | Steven Feuerstein<br>Dana Pickles | |
| 510 | | | Timeline of Events<br>(for illustrative purposes) | Illustrative Purposes | |
| 511 | | | Sanders County Justice Court Documents | Donlad Strine<br>Kirk Krutilla | |
| 512 | 4/26/2023 | | Deputy Robyn F. Largent's April 15, 2013 Case Report | Robyn F. Largent | |
| 513 | 4/26/2023 | | April 13, 2013, Audio Recording of Tribal 911 Call to Sanders County Sheriff's Office | William "Bill" Brown | |
| 514 | 4/26/2023 | | April 13, 2013, Transcription of Audio-Recording of Tribal 911 Call to Sanders County Sheriff's Office | William "Bill" Brown | |
| 515 | 4/26/2023 | | April 13, 2013, Audio Recording of Deputy Largent's Call to Sanders County Sheriff's Office | William "Bill" Brown<br>Robyn F. Largent | |

| Exhibit No. | Date Admitted | Date of Objection | Description of Exhibit | Witness(es) | Stipulated Admissible |
|---|---|---|---|---|---|
| 516 | 4/26/2023 | | April 13, 2013, Transcription of Audio-Recording of Deputy Largent's Call to Sanders County Sheriff's Office | William "Bill" Brown Robyn F. Largent | |
| 517 | | | Vicki Velarde Deposition Timeline of Events | Illustrative Purposes | |
| 518 | 4/26/2023 | | Jermain Charlo's 2009-2010 Charlo School Records (9th Grade) | Shane Bartschi | |
| 519 | | | Mont. Code Ann. §45-5-206 (2011); United States Code §921(a)(33)(A)(ii) (2011); United States Code §921(a)(33)(A)(ii) (2022); and United States Code §921(a)(37)(A-C) (2022) | Judicial Notice | |
| 520 | 4/27/2023 | | Blank ATF Form 4473 (Revised 2012) | Judicial Notice | |
| 521 | 4/27/2023 | | Blank ATF Form 4473 (Revised 2022) | Judicial Notice | |
| 522 | 4/27/2023 | | Michael DeFrance's NCIC Interstate Identification Index Criminal History dated 2/26/2021 | Guy Baker | |

| Exhibit No. | Date Admitted | Date of Objection | Description of Exhibit | Witness(es) | Stipulated Admissible |
|---|---|---|---|---|---|
| 523 | | | Vacancy Notice of 509 Pename Street, Dixon, MT | Shawn DeFrance | |
| 524 | 4/27/2023 | | Affidavit of Record Custodian Brian A. Barker | Brian A. Barker | |