MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
Email:  michael_donahoe@fd.org
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BLAKE DeFRANCE,<br><br>Defendant. | CR 21-29-M-DLC<br><br>**DEFENDANT DeFRANCE'S NOTICE OF FILING GRAND JURY TRANSCRIPTS**<br><br>***<br><br>**Filed Under Seal Pursuant to L.R. CR 49.3(a)(2)(D)** |

Michael Blake DeFrance, the above-named Defendant, by and through his counsel of record, Michael Donahoe, and the Federal Defenders of Montana, hereby submits *under seal* two grand jury transcripts dated July 28, 2021; and October 20, 2021, pursuant to Local Rule CR 49.3(a)(2)(D).

///

///

1

RESPECTFULLY SUBMITTED this 28th day of April, 2023.

/s/ Michael Donahoe
MICHAEL DONAHOE
Deputy Federal Defender
Counsel for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023, a copy of the foregoing document was served on the following persons by the following means:

  1      CM-ECF

  2      Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. JENNIFER S. CLARK
   TIMOTHY J. RACICOT
   Assistant United States Attorneys
   United States Attorney's Office
   101 East Front Street, Suite 401
   Missoula, MT 59802
       Counsel for the United States of America

2. MICHAEL BLAKE DeFRANCE
       Defendant

                                                  /s/ Michael Donahoe
                                                  FEDERAL DEFENDERS OF MONTANA