MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
Email: michael_donahoe@fd.org
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL BLAKE DeFRANCE, Defendant. | CR 21-29-M-DLC  DEFENDANT DeFRANCE'S NOTICE OF SUPPLEMENTAL AUTHORITY L.R. CR 47.4 |

## NOTICE

The Ninth Circuit's decision in *United States v. Castro*, No. 22-30050, a District of Montana, Billings Division case published yesterday (June 26, 2023), vacates Benito Castro's sentence and remanded for resentencing in a situation where Castro pled guilty to being a felon in possession of a firearm in violation of 18 USC §922(g)(1).

1

The court held that Castro's prior Montana conviction for partner or family member assault (PFMA) under Mont. Code Ann. §45-5-206(1)(a) is not a crime of violence under the Sentencing Guidelines because the definition of "bodily injury" incorporated into PFMA includes more conduct than the "use of physical force". The court applied the categorical approach and found that under Montana's unique definition, bodily injury "includes mental illness or impairment," and Montana courts have concluded that one can cause "bodily injury" solely through the infliction of mental anguish unaccompanied by any actual or threatened physical force.

The court concluded that because it must determine whether PFMA categorically requires force, not whether Castro actually used it in his prior offense, PFMA is not a crime of violence under the Sentencing Guidelines.

Although the opinion in *Castro* centers on the force issue, it also supports Mr. DeFrance's notice arguments concerning whether a Montana PFMA should have been considered a lawful predicate sufficient to support a §922(g)(9) offense.

## CONCLUSION

WHEREFORE, Mr. DeFrance concludes his notice of supplemental authority pursuant to L.R. CR 47.4.

///

///

2

RESPECTFULLY SUBMITTED this 27th day of June, 2023.

                                                    /s/ Michael Donahoe
                                                   MICHAEL DONAHOE
                                                   Assistant Federal Defender
                                                   Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on June 27, 2023, a copy of the foregoing document was served on the following persons by the following means:

  1    CM-ECF

  2    Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. JENNIFER S. CLARK
   TIMOTHY J. RACICOT
   Assistant United States Attorneys
   United States Attorney's Office
   101 East Front Street, Suite 401
   Missoula, MT 59802
        Counsel for the United States of America

2. MICHAEL BLAKE DeFRANCE
        Defendant

                                /s/ Michael Donahoe
                                FEDERAL DEFENDERS OF MONTANA