**JENNIFER S. CLARK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**101 East Front Street, Suite 401**
**Missoula, MT  59802**
**Phone:  (406) 542-8851**
**FAX:  (406) 542-1476**
**E-mail:  Jennifer.Clark2@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 21-29-M-DLC** |
| **Plaintiff,** | |
| **vs.** | **NOTICE OF SENTENCING WITNESS** |
| **MIHCAEL BLAKE DEFRANCE,** | |
| **Defendant.** | |

The United States may call the following witness at the sentencing hearing:

- FBI Task Force Officer Guy Baker – TFO Baker may testify to the location of the firearms, the uses of the firearms, and the state of the firearms that were seen in June 2018 and seized in October 2018 and their knowing use in violation of the offenses.

1

DATED this 14th day of September, 2023.

                                        JESSE A. LASLOVICH
                                        United States Attorney

                                        */s/ Jennifer S. Clark*
                                        JENNIFER S. CLARK
                                        Assistant U.S. Attorney

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule, this certifies that the body of the attached notice contains 54 words, excluding the caption and certificate of compliance.

        JESSE A. LASLOVICH
        United States Attorney

        */s/ Jennifer S. Clark*
        JENNIFER S. CLARK
        Assistant U.S. Attorney