IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL BLAKE DEFRANCE, <br><br> Defendant. | CR 21-29-M-DLC <br><br> NOTICE OF APPEAL |

Notice is hereby given that Michael Blake Defrance, Defendant in the above named case, appeals to the United States Court of Appeals for the Ninth Circuit from the conviction, final judgment, sentence, and forfeiture imposed by the Court on September 21, 2023.

Dated this 21st day of September, 2023.

TYLER P. GILMAN, CLERK

By: /s/ Sarah Nagy
 Sarah Nagy, Deputy Clerk