JENNIFER S. CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br><br>vs.<br><br>MICHAEL BLAKE DeFRANCE,<br>Defendant-Appellant. | U.S.C.A. No. 23-2409<br><br>D.C. No. CR 21-29-M-DLC<br><br>STATEMENT OF NON-OPPOSITION |
|---|---|

The United States of America, by and through its counsel Jennifer S. Clark, Assistant U.S. Attorney, files this statement of non-opposition to Appellant's release on bail pending appeal pursuant to Ninth Cir. R. 9-1.2(c).

Respectfully submitted this 18th day of October, 2023.

JESSE A. LASLOVICH
United States Attorney

*/s/ Jennifer S. Clark*
Jennifer S. Clark
Assistant U.S. Attorney

1