**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 1 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 23-2409 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 9:21-cr-00029-DLC-1 District of Montana, Missoula |
| v. | ORDER |
| MICHAEL BLAKE DEFRANCE, | |
| Defendant - Appellant. | |

Before: W. FLETCHER and BENNETT, Circuit Judges.

Appellant's unopposed motion for bail pending appeal (Docket Entry Nos. 6 & 7) is granted. *See* 18 U.S.C. § 3143(b); *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985).

The matter is remanded to the district court for the limited purpose of permitting the court to continue or modify the conditions of release imposed on August 2, 2021, in any manner it deems appropriate.

The existing briefing schedule remains in effect.