IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–29–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL BLAKE DEFRANCE, | |
| Defendant. | |

Before the Court is Defendant Michael Blake DeFrance's unopposed motion to vacate convictions. (Doc. 235.)

On March 13, 2026, the Court held a hearing in which the Court vacated with prejudice DeFrance's convictions of Counts 2, 3, and 4 of the Second Superseding Indictment. (Doc. 234.) DeFrance now seeks a written order conveying those dismissals.

Accordingly, IT IS ORDERED that Counts 2, 3, and 4 of the Second Superseding Indictment are DISMISSED WITH PREJUDICE.

DATED this 15th day of April, 2026.

Dana L. Christensen, District Judge
United States District Court